**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:22-cv-2249-FWS-RAO **ORDER ON JOINT STIPULATION REGARDING RESPONSES TO PLAINTIFFS' INITIAL COMPLAINT** |
| Plaintiff, | Courtroom:   10D Judge:         Hon. Fred W. Slaughter |
| v. | |
| EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON, | |
| Defendants. | |

## ORDER

Upon the *Joint Stipulation Regarding Responses to Plaintiffs' Initial Complaint* submitted by plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund, and defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson, and good cause being shown, the Court hereby ORDERS as follows:

1.      No defendants shall be required to move, answer or otherwise respond to the Initial Complaint filed in this action, or any other similar complaints that may be filed by other plaintiffs that are related to or consolidated with this case, prior to the Court's appointment of the Lead Plaintiff.

2.      Once the Court has appointed a Lead Plaintiff pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(3)(B), counsel for the Lead Plaintiff and all defendants that have appeared in the case shall within fourteen (14) days confer and jointly propose to the Court a briefing schedule for the filing of (i) an amended complaint (or the election to proceed on an existing operative complaint), and (ii) defendants' motions, answers or other responses to the amended or operative complaint.

IT IS SO ORDERED.

Dated:  May 12, 2022                    By: _____

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

-1-