# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | Case No.: 2:22-cv-2249-FWS-RAO<br><br>CLASS ACTION<br><br>**ORDER SETTING SCHEDULE FOR LEAD PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE THERETO**<br><br>Courtroom: 10D<br>Judge: Honorable Fred W. Slaughter |

**ORDER**

Upon the Joint Stipulation submitted by Court-appointed Lead Plaintiff Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund ("Lead Plaintiff"), and defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson ("Defendants"), and good cause being shown, the Court hereby ORDERS as follows:

1. Lead Plaintiff shall file an Amended Complaint no more than 60 days after the filing of the Parties' Joint Stipulation;

2. Defendants shall move, answer, or otherwise respond to the Amended Complaint no more than 45 days after the filing of the Amended Complaint;

3. In the event Defendants move to dismiss or otherwise respond to the Amended Complaint, Lead Plaintiff shall file any opposition no more than 45 days after the filing of the motion or response;

4. In the event Defendants move to dismiss or otherwise respond to the Amended Complaint, Defendants shall file any reply to Lead Plaintiff's opposition no more than 30 days after the filing of the opposition.

**IT IS SO ORDERED.**

Dated: July 19, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1