**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-2249-FWS-RAO<br><br>**ORDER ON JOINT STIPULATION REGARDING CONSOLIDATED MOTION TO DISMISS BRIEFING AND EXTENSION OF PAGE LIMITS**<br><br>Courtroom:  10D<br>Judge:      Hon. Fred W. Slaughter |

///

///

///

1

## ORDER

Having considered and reviewed the Parties' Joint Stipulation regarding Consolidated Motion to Dismiss Briefing and Extension of Page Limits [54] (the "Stipulation") submitted by Plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (the "Sylebra Funds"), and defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1.  Defendants may jointly file one memorandum in support of their forthcoming motion to dismiss of no more than thirty-five (35) pages;

2.  Lead Plaintiff may file one brief in opposition to Defendants' forthcoming motion to dismiss of no more than thirty-five (35) pages; and

3.  Defendants may file one reply brief in support of their forthcoming motion to dismiss brief of no more than twenty (20) pages.

**IT IS SO ORDERED**.

Dated:  October 24 , 2022          By: _____
                                        Hon. Fred W. Slaughter
                                        UNITED STATES DISTRICT JUDGE

2