MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
BENJAMIN B. SWEENEY (State Bar No. 313650)
*bsweeney@cooley.com*
COOLEY LLP
355 South Grand Street, Suite 900
Los Angeles, California 90071
Telephone:  (213) 561-3250
Facsimile:   (213) 561-3244

*Attorneys for Defendants*
*Everbridge, Inc., Patrick Brickley,*
*Jaime Ellertson and David Meredith*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON, <br><br> Defendants. | Case No. 2:22-cv-2249-FWS-RAO <br><br> **DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> Date:      March 9, 2023 <br> Time:     10:00 a.m. <br> Dept:     10D <br> Judge:    Hon. Fred W. Slaughter <br><br> *Date Action Filed:  April 4, 2022* |

COOLEY LLP
ATTORNEYS AT LAW

## SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Defendants Everbridge, Inc. ("Everbridge" or the "Company"), Patrick Brickley, Jaime Ellertson, and David Meredith respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201[1] and the incorporation by reference doctrine, of the following documents referenced below in connection with their Motion to Dismiss the First Amended Class Action Complaint (the "Motion"):

1. An August 9, 2021 Earnings Call Transcript, a true and correct copy of which is attached hereto as **Exhibit 19**.

2. A November 30, 2021 Transcript from Everbridge's Company Conference, a true and correct copy of which is attached hereto as **Exhibit 20**.

The Court may properly consider Exhibits 19–20, which consist of publicly available transcripts of earnings calls and conference presentations. *See In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 817 (C.D. Cal. 2004) ("[T]he Court may take judicial notice of press releases."); *Waterford Township Police v. Mattel, Inc.*, 321 F. Supp. 3d 1133, 1143 (C.D. Cal. 2018) (taking judicial notice of "publicly available transcripts from [defendant's] earnings calls"); *In re Wet Seal*, 518 F. Supp. 2d at 1157 (taking judicial notice of "conference call transcripts"). Consideration of these materials is further warranted on the grounds that they are referenced extensively throughout plaintiffs' First Amended Complaint and include various of the statements plaintiffs allege were false or misleading.[2] *See United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (A document is "incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim."); *Parrino v. FHP, Inc.*, 146 F.3d

---

[1] Federal Rule of Evidence 201 provides for judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

[2] FAC ¶¶238–41 (excerpting and alleging misrepresentations in Ex. 19); *id.* ¶¶246–47 (excerpting and alleging misrepresentations in Ex. 20).

COOLEY LLP
ATTORNEYS AT LAW

699, 706 (9th Cir. 1998) ("We therefore hold that a district court ruling on a motion to dismiss may consider a document the authenticity of which is not contested, and upon which the plaintiff's complaint necessarily relies.").

For these reasons, defendants respectfully request that the Court take judicial notice of the documents referenced above in support of the Motion.

Dated:  January 17, 2022

Respectfully Submitted,

COOLEY LLP

By:  /s/ Michael C. Tu
Michael C. Tu

Attorneys for Defendants
Everbridge, Inc., Patrick Brickley, Jaime
Ellertson, and David Meredith

COOLEY LLP
ATTORNEYS AT LAW

2