EXHIBIT 19

**S&P Global**
Market Intelligence

# Everbridge, Inc. NasdaqGM:EVBG
# FQ2 2021 Earnings Call Transcripts

## Monday, August 09, 2021 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.23) | 0.03 | NM | (0.11) | (0.17) | 0.03 |
| **Revenue (mm)** | 83.92 | 86.60 | ▲3.19 | 92.62 | 358.74 | 447.65 |

Currency: USD
Consensus as of Aug-02-2021 2:16 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2020** | (0.11) | 0.05 | NM |
| **FQ4 2020** | 0.02 | 0.03 | ▲50.00 % |
| **FQ1 2021** | (0.11) | 0.18 | NM |
| **FQ2 2021** | (0.23) | 0.03 | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................... | **3** |
| **Presentation** | ................................................................... | **4** |
| **Question and Answer** | ................................................................... | **11** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**David Alexander Meredith**
*CEO & Director*

**Joshua Young**
*Vice President of Investor
Relations*

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

**ANALYSTS**

**Brian Lee Colley**
*Stephens Inc., Research Division*

**Charles Joseph Erlikh**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Jeffrey Parker Lane**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**John David Godin**
*Needham & Company, LLC,
Research Division*

**Koji Ikeda**
*BofA Securities, Research Division*

**Matthew Alan Stotler**
*William Blair & Company L.L.C.,
Research Division*

**Terrell Frederick Tillman**
*Truist Securities, Inc., Research
Division*

**Thomas Michael Walkley**
*Canaccord Genuity Corp.,
Research Division*

**Unknown Analyst**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Everbridge second quarter earnings conference call. [Operator Instructions] Please note that this event is being recorded. I would now like to turn the conference over to Joshua Young. Please go ahead.

**Joshua Young**
*Vice President of Investor Relations*

Thank you, Tom. Good afternoon, and welcome to Everbridge's earnings conference call for the second quarter of 2021. My name is Joshua Young, Vice President of Investor Relations for Everbridge. And with me on today's call are David Meredith, CEO; and Patrick Brickley, Senior Vice President and Chief Financial Officer.

After the market closed, we issued our earnings release, which can be accessed on the Investor Relations section of our website at ir.everbridge.com. This call is being recorded, and a replay of the teleconference will be available on our IR website at the conclusion of today's event.

During today's call, we will make forward-looking statements regarding future events or the financial performance of the company that involve certain risks and uncertainties. The company's actual results may differ materially from the projections described in such statements. Factors that might cause such differences include, but are not limited to, those discussed in our Forms 10-Q and 10-K as well as other subsequent filings with the SEC. Information provided on today's call reflects our perspective only as of today, August 9, and should not be considered representative of our views of any subsequent date. We explicitly disclaim any obligation to update any forward-looking statements or our outlook.

Also during today's call, we will refer to certain non-GAAP financial measures. A reconciliation of our GAAP to non-GAAP financial measures is included in our press release. With that, let me turn the call over to David for our prepared remarks. David?

**David Alexander Meredith**
*CEO & Director*

Thank you, Joshua, and thanks to all of you for joining us today. We delivered excellent second quarter results, building off the strong momentum that we established in the first quarter. Both revenue and profitability exceeded our guidance, and we achieved a record of -- a number of new records that reflect growing demand for our CEM suite and our Public Warning solutions.

The COVID pandemic brought the concept of enterprise resilience into the lexicon of executive board rooms around the world, and it continues to raise the priority of critical event management for companies, governments and other organizations. Years ago, we saw the need to manage a globally distributed workforce, and that's why we created our travel and remote worker solution, Safety Connection, and made it a cornerstone of our CEM suite.

Today, organizations are finding that Safety Connection is perfectly suited to serve them as companies adopt work from wherever you are and hybrid work location policies.

Our next frontier of innovation responds to the increasingly blurred line between digital and physical threats. For example, the recent ransomware attack that led to gas shortages on the East Coast illustrates how what starts as a digital event can also have physical ramifications. As a result, we continue to push the envelope on innovation. We are building on the IP and best practices we've developed over 20 years across thousands of enterprises in the corporate, government and health care markets and recently established the first and only proprietary standards framework to define global best practices for enterprise resilience, the CEM Certification program.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. FQ2 2021 EARNINGS CALL | AUG 09, 2021

Fortune 500 industry leaders are among the first organizations who have already earned the Best in Enterprise Resilience designation and many leading brands have since embarked on the process of CEM Certification.

During the second quarter, we saw clear signs that organizations are thinking beyond the COVID pandemic, as demonstrated by the strong upturn we saw for larger transactions in key verticals and across multiple use cases, such as the future of work and travel-related applications. Since our founding nearly 20 years ago, our mission has been to keep people safe and organizations running faster. In parallel, we have also witnessed a growing intensity and number of threats, including extreme weather events, man-made violence and digital threats such as complex cyber attacks and IT outages.

With recent events that include massive forest fires in Oregon, flooding in Europe and India and hurricanes impacting the East Coast and the Caribbean as well as cyber and ransomware attacks around the globe, our mission has never been more important. And organizations are recognizing the need for a CEM solution to mitigate the impact of these threats on their people, processes and assets.

In particular, I'd like to acknowledge our team that are helping to support those impacted by the forest fires on the West Coast, burning hundreds of square miles. We've been actively supporting statewide initiatives across a variety of jurisdictions to help respond to the fires and keep people safe.

Our Q2 results demonstrate the growing interest in our CEM and Public Warning solutions, driving revenue in the second quarter to $86.6 million, an increase of 33% from a year ago and above our guidance. This revenue beat helped drive adjusted EBITDA to a little over $0.5 million, which was also above our guidance. The combination of these financial results and our momentum in closing CEM deals give us the confidence to once again raise our revenue and adjusted EBITDA guidance for full year 2021. Last quarter, we highlighted our growing pipeline of larger deals amid the reopening of businesses, schools and other institutions. I'm pleased to report that we are executing well and closing these large transactions, including a record quarter for CEM wins and a new high watermark for the number of deals over $0.5 million. Both of these drove an increase in our overall average selling price, which nearly doubled from a year ago for the quarter. In fact, we reached all-time highs for ASPs on both a quarterly and trailing 12-month basis with both above $100,000.

Our land-and-expand sales model continues to drive our growth. We closed 19 CEM transactions in Q2, which was a quarterly record. These CEM deals included a healthy mix of new customers adopting CEM and existing customers expanding to the full CEM suite. And perhaps most importantly, we saw substantive success in our growing CEM channel program within the quarter, demonstrating the expansion of our CEM go-to-market strategy and adding new customers that included a leading mobile retail store operator and an innovative cloud and digital transformation services company. This partner's success represents an important turning point in expanding the global reach of our CEM platform in a way that complements our direct sales efforts.

Additionally, a broad cross-section of our target markets continue to drive our recent CEM success. Overall, our second quarter CEM successes included organizations like one of the largest health insurers in the United States and one of the top 10 biopharmaceutical companies, who both became new Everbridge customers in the quarter, by adopting our CEM suite and deals that were among our top 5 largest transactions in the quarter.

Another CEM win involves senior leadership at a Fortune 50 ranked health insurer, who is looking for a technology partner that could enable their commitment to keep associates safe regardless of location during a time of increased risk. They selected Everbridge CEM for their new Fusion Center to meet these needs. Similarly, a top 10 biopharma company, an S&P 100 member, discovered that their homegrown, critical event management solution was unable to support the growing number of use cases that they wanted to implement. They realized that with Everbridge, they could quickly deploy a solution to keep their employees safe as well as deliver a high return on investment or ROI.

Other CEM suite customers in the second quarter included one of the top global cybersecurity leaders, Fortinet, who chose CEM to improve business outcomes and support their near- and longer-term growth ambitions. As a global leader in broad, integrated and automated cybersecurity solutions, we're excited

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to see Fortinet deploy Everbridge CEM for their expanding global footprint and to unify its building access systems across a common physical security integration management solution.

And speaking of cybersecurity, with cyber and ransomware attacks regularly making news headlines, our timing for executing the acquisition of xMatters could not have been better. Our integration plans are on schedule and the combination of Everbridge and xMatters solutions to deliver the leading digital and physical critical event management platform is already performing ahead of our initial expectations, and we expect this trend to continue.

For example, in the second quarter, one of the largest financial services organizations in the United States chose Everbridge when they needed an enterprise-grade digital security solution to manage major incidents. This financial services firm is leveraging our global reach and scale, out-of-the-box integrations, automation and orchestration across multiple tools for major incident management across their operations.

Despite closing the xMatters deal in the middle of the quarter, we're already seeing positive momentum, which illustrates the power of combining the CEM suite and our enhanced digital capabilities.

For example, in Q2 and within weeks of completing the acquisition, we were able to identify and close a new logo sale with managed detection and response leader eSentire, who chose xMatters digital security in conjunction with our CEM suite. Our continued emphasis on land-and-expand resulted in a number of existing customers adding multiple new applications to become CEM suite customers in the second quarter. These customers included a NASDAQ 100 ranked architectural engineering and construction software leader who upgraded to CEM in order to reduce response times from hours, down to minutes.

Last year, Panasonic North America, one of the world's largest electronics appliance, mobility and energy companies, became an Everbridge customer, selecting our Risk Center solution. In the second quarter, they broadened their vision to increase efficiency and close security gaps by expanding to the CEM suite.

First Republic Bank, a leading private bank serving high net worth families, first became an Everbridge customer with Risk Center last year and then expand it to a full CEM suite after recognizing the value of a broader enterprise solution in the second quarter.

Following our high-profile win with Tesla last year, in the second quarter, we closed a deal with Rivian a new electric vehicle manufacturer based in Michigan, whose environmental, health and safety team previously adopted Everbridge Mass Notification and Risk Center. In order to consolidate risk management and mobile workforce safety by deploying a global security operations center, Rivian expanded the CEM in the second quarter, enabling them to meet both their current and future strategic objectives.

We also expanded our CEM footprint into the higher education market, reflecting our ability to attract leading brands in all categories. Johns Hopkins University, the first research university in the United States was looking for a way to monitor threat and risk data in order to alert students, faculty, staff and traveling home care workers of dangerous situations in their areas. They chose CEM to do just that, becoming Everbridge's first higher education CEM customer in the process.

In addition to a record-breaking number of CEM deals in the quarter, we closed several large transactions that reflect the future of work with distributed workforces. For example, SAP America selected Safety Connection Pro and Risk Center to become an Everbridge customer in the second quarter. SAP's long-term vision aligns well with our CEM capabilities to manage threats across the enterprise through a single pane of glass.

Additional customers who added capabilities like Safety Connection or Risk Center to support the future of work included PPL Services, the electric utility serving 1.4 million customers in Central and Eastern Pennsylvania, a Tier 1 multinational insurance company and a leading CAD software pioneer and market leader, just to name a few.

The second quarter also saw continued strong demand for our Public Warning solutions. We are the global leader in population-wide public warning with solutions used by over 1,500 municipalities, counties, cities,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. FQ2 2021 EARNINGS CALL | AUG 09, 2021

states and countries in every major region of the world, including more European countries than any other provider.

During the quarter, we extended this leadership by signing a countrywide deal with Estonia, who Wire magazine has named the most digitally advanced society in the world. In a country where 99% of government services are available online, Estonia required a system that supports multiple robust and reliable means of alerting the public to threats, such as severe weather, forest fires and viral pandemics. They chose Everbridge because we could meet their stringent needs for a public warning system that is easy to use, secure and comprehensive. This win illustrates our time-to-value benefit as we were able to meet Estonia's very tight implementation schedule. Our win in Estonia also highlights the countrywide Public Warning deals for Everbridge can serve governments to the front end, carriers at the back end and potentially both. In the case of Estonia, all 3 carrier networks will also deploy our solution.

European wins such as Estonia as well as our previous wins in Sweden, Netherlands, Norway, Iceland and Greece, continue to position Everbridge as the leading population warning solution. Our Estonia win is also a strong reference for other European Union member countries who are evaluating solutions to help them meet the EU-wide mandate for population warning systems. We are actively responding to RFPs and are excited about the opportunities ahead of us.

In addition to new wins, our recent successful public warning deployments, such as the new National Public Warning System for the United Kingdom, will both help to protect over 100 million residents and visitors as well as serve as an excellent reference.

Another important public safety win in the quarter was the Swiss Canton Vaud, which includes lake Geneva, a busy tourist destination, who selected Everbridge to consolidate more than 100 services for the fire grade, police forces, ambulance services and emergency medical services for the Canton's entire population. This deal demonstrates our powerful network effects when our platform extends across multiple stakeholders in the community. We also saw several wins at the city, county and state level in geographies around the world, including the Middle East, where network effects are a meaningful driver of our expansion. We've gone from almost no presence in this region just a few years ago to having a presence at over 70 customers -- I'm sorry, over 60 customers and 90 sites across several countries in the Middle East today.

In the U.S. federal market, we continue to leverage our strong FedRAMP position with more authority to operate certifications or ATOs than any of our competitors and customers across numerous federal agencies and departments.

One such win from the second quarter was a 6-figure IT alerting transaction with the Federal Reserve Board of Governors, the governing body of the U.S. Federal Reserve System. FRBG oversees the nation's monetary policy and ensures the safety and stability of the financial system, and they wanted a solution to help speed up incident response and the ability to connect to numerous systems as part of a very sophisticated technology stack that interacts with the Federal Reserve System, Department of Treasury and private banks when necessary. Based on our security, scale and proven reliability with other federal financial agencies, Everbridge IT learning is going to be the focal point of their collaboration and incident response. With our FRBG win, Everbridge now supports every federal financial agency with at least one of our products.

Turning to our metrics for the second quarter. Our performance clearly reflects the result of our CEM strategy with large new customer wins, multiproduct expansions and continuing demand for higher ASP products, driven by demand for our CEM solutions. We added 142 net new enterprise customers in the second quarter, increasing our enterprise total customer count to 5,890. A new high watermark of 19 customers selected or expanded to CEM, raising the total number of CEM customers to 158, a 61% increase in the number of CEM customers from a year ago. While this demonstrates excellent momentum, it also highlights our significant opportunity for continued expansion with existing customers.

As in the first quarter, our momentum with large transactions continued in Q2 with quarterly ASPs that were over $100,000, driven substantially by our record CEM results. Our growth in deal sizes this year has also pushed our trailing 12-month ASP to above $100,000 for the first time to $107,000, up 59% from

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a year ago. Contributing to this ASP growth, we closed 60 deals valued at more than $100,000 per year, including another record number of deals valued at more than $500,000 per year, more than doubling the number of deals greater than $0.5 million from a year ago, also driven by CEM wins.

From a product mix perspective, a record 67% of new and gross sales over the last 4 quarters came from new products, reflecting growing demand for our newer applications.

Our international business also continued to post strong growth results in Q2, with 28% of total revenue coming from outside the U.S. compared to 22% a year ago, as we expand our presence in every major region of the world. Our revenue mix by vertical was relatively consistent with past quarters at 65% from corporate, 25% from local, state and countrywide government and 10% from health care, reflecting strong growth in the corporate market with increasing post vaccine use cases.

As always, we remind you that quarterly metrics can fluctuate, but that the longer-term trends continue to reflect our overall business momentum. These outstanding metrics demonstrate the growing market acceptance of our overall CEM strategy, as well as our ability to close larger transactions from our pipeline as organizations increasingly embrace CEM to address numerous high ROI use cases.

In addition to the expansion of our direct global sales team, our growing number of channel partnerships further extends our sales reach worldwide. In the second quarter, Fortune 500 IT distribution and solutions aggregator, Tech Data, became one of the latest partners to enable customers to automate the response to critical events from cyber attacks and IT outages to severe weather events and more and to build resilience against such occurrences.

Our partnership with WizNucleus also announced in the second quarter provides us with deep vertical domain expertise in the nuclear, electric and utility industries. The recent Colonial Pipeline ransomware attack is just one recent example of the disruption in costs that can be associated with cyber attacks on critical infrastructure.

Our digital and physical critical event management solution leadership enhanced by our integration of xMatters and then combined with the WizNucleus software suite enables critical infrastructure providers to address dynamic cyber, physical and emergency management threats much more effectively.

In fact, a large U.S. nuclear plant recently selected our combined solution to replace an existing solution system with our new physical security integration management to comply with industry regulations while also enabling more rapid adoption of new security technologies in the future.

And just today, we announced a partnership with the Associated Press, or AP, which augments and enhances our more than 25,000 Risk Center data sources. With this partnership, the AP adds further context to risks, breaking and geopolitical news into our CEM platform. This will provide our customers with enhanced contextualization of risk data, leveraging the reporting, speed and deep expertise of AP journalists in 250 locations across 100 countries, enabling our customers to better evaluate the potential impact of threats on their people, processes and assets.

As a global pioneer and creator of the CEM category, we regularly aim to bring together leaders from around the world to drive thought leadership and innovation.

Our strong market position helped us attract thousands of executives from around the globe to the most recent installment of our Road to Recovery series of executive thought leadership symposia in May.

Luminaries, C-level executives and experts presenting included President Bill Clinton; former Secretary of State, Madeleine Albright; Steve Forbes, Chairman and Editor-in-Chief of Forbes Media; as well as CDC Foundation Chief Executive Officer; Dr. Judy Monroe; and CDC Deputy Director for Infectious Diseases, Dr. Jay C. Butler; as well as a special address by Director General of the World Health Organization, Dr. Tedros. If you miss the event, replays of keynotes on topics ranging from leadership at a time of crisis to assessing risks and building organizational resiliency are still available on demand.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Finally, we recently launched the first and only global certification program for critical event management. This new initiative provides an assessment of an organization's readiness and resilience ahead of the next pandemic or critical event, whether it's digital or physical.

Leveraging 20 years of best practices and know-how serving nearly 6,000 enterprise customers, the assessment provides a ranking of how the organization compares to those following the latest industry best practices, which companies can share to attract and retain customers, partners and employees. Some of the biggest brands in the world have already adopted CEM Certification, such as financial services giants, Goldman Sachs and Discover, mass media and entertainment conglomerate NBCUniversal, multinational chemical corporation, Dow and global pharmaceutical leader, Alexion, which was recently acquired by AstraZeneca. All of these leaders have attained Best in Enterprise Resilience designation. To do so, these organizations met or surpassed benchmarks in key measurable areas, demonstrating their commitment to Enterprise Resilience.

Enterprises who go through the certification process are delivered a comprehensive analysis, including details covering what they can do to raise their preparedness and resiliency to today's standards, a top priority for Boards and C-suites. As the CEM visionary and pioneer, we believe Everbridge is well positioned to become the de facto standard for enterprise, digital and physical threat preparedness, protection and mitigation.

In summary, we are excited about our progress at the midpoint of the year with momentum from CEM and public warning, growing demand for combined digital and physical resiliency solutions and expanded use cases for the future of work. We're looking forward to sustaining our momentum in the second half of the year as we continue to execute on our strategy to penetrate and lead a multibillion-dollar market.

Now I'll turn the call over to Patrick for more details on our second quarter financial performance as well as our guidance for Q3 and full year 2021. Patrick?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Thanks, David. We had another very strong quarter with record revenue of $86.6 million, an increase of 33% from a year ago and above the high end of our guidance range. Our net retention rate continues to track above 110%, reflecting consistently strong customer satisfaction, combined with demand for additional Everbridge technology at existing customers.

Looking at the details of our P&L, unless otherwise indicated, I will be discussing income statement metrics on a non-GAAP basis. A reconciliation of GAAP to non-GAAP measures has been provided in the earnings release we issued earlier today. Gross margin was 72.5%, relatively consistent from a year ago, with the short-term impact of acquisitions offset by efficiencies from greater scale.

Total operating expenses in the quarter were $64.7 million, an increase of 40% from a year ago, reflecting continued investments in our platform and our go-to-market strategy. Adjusted EBITDA was $515,000, well above the high end of our guidance range due primarily to the revenue upside in the quarter.

Net income in the second quarter was $1.5 million or $0.03 per diluted share compared to net income of $1.2 million or $0.03 per share a year ago. On a GAAP basis, our net loss was $33.8 million.

Looking at our balance sheet. We ended the quarter with $568.3 million in cash, cash equivalents, restricted cash and short-term investments compared to $743.2 million at the end of the first quarter, reflecting cash used to acquire xMatters and seasonal cash flow patterns during the quarter.

Operating cash flow was an outflow of $5.1 million and free cash flow was an outflow of $9 million.

Total deferred revenue was $210 million at the end of the quarter, an increase of 51% from a year ago. As we note every quarter, our deferred revenue balance at the end of any given quarter can vary due to a number of factors, including the timing of significant new contracts and the timing of annual billings for new and existing customers. As such, the change in deferred revenue in any given quarter is not an accurate indicator of the underlying momentum in our business. We believe our trailing 12-month

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. FQ2 2021 EARNINGS CALL | AUG 09, 2021

performance is much more indicative of our overall business trend and that our longer-term performance continues to support our growth objectives.

In addition, we continue to have 8 figures in uninvoiced backlog. In other words, backlog that is not in deferred revenue, which reflects contracts that has been signed, but whose revenue will be recognized in future periods, along with being invoiced in future periods.

Now I'll turn to our guidance for the third quarter and full year, which includes the impact of our second quarter outperformance and our continued business momentum. For the third quarter, we anticipate revenue of between $94.1 million and $94.5 million, representing growth of 32% to 33%. We anticipate adjusted EBITDA to be between negative $2.1 million and $1.7 million. We anticipate a non-GAAP net loss of between $5.7 million and $5.3 million or a loss of between $0.15 and $0.14 per share based on 38.3 million basic and diluted weighted average shares outstanding. Stock-based compensation expense is expected to be approximately $19.8 million in the quarter.

For the full year, we now expect revenue to be in the range of $362.8 million to $363.8 million, representing year-over-year growth of approximately 34%. We anticipate adjusted EBITDA will be in the range of $8 million to $8.8 million. We expect the non-GAAP net income of between $0.5 million and $1.7 million or between $0.01 and $0.04 per share based on 38.2 million diluted weighted average shares outstanding. This guidance assumes estimated stock-based compensation expenses of approximately $66 million for the year. And we continue to anticipate that free cash flow will be approximately breakeven and perhaps slightly positive for the year.

In summary, we are enthusiastic about our second quarter performance and believe that we have strong momentum going into the second half of the year. Now operator, we'd like to open the call for questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. FQ2 2021 EARNINGS CALL | AUG 09, 2021

# Question and Answer

**Operator**

[Operator Instructions] And the first question comes from Will Power with Baird.

**Charles Joseph Erlikh**
*Robert W. Baird & Co. Incorporated, Research Division*

This is Charlie Erlikh on for Will. Congrats on the great results, and that great CEM number too. And you mentioned that the channel program was key to success there, and that's the number. I was hoping you can expand a bit on the channel program. Is the channel an area you plan to invest more in? Or you feel like you're pretty well penetrated in the channel at this point?

**David Alexander Meredith**
*CEO & Director*

Charlie, this is David. Thank you so much for the question. And yes, when I first joined, we talked about our intention to increase our routes to market through partnerships channel, indirect. And we've been building up that capability over the last several quarters. And we're seeing the flywheel starting to spin faster and faster now, and it had a material impact on the total number of CEM deals that we were able to close this quarter. And I think it's great that, we're working on that because Q2 is usually not our best CEM quarter.

Typically, our last record was on Q4. So the fact that we set an all-time record with 19 CEM deals in Q2 is really significant and something that we're very excited about. And then furthermore, you're seeing that then translating into our number of large deals with a 167% increase in our $500,000 plus deals year-over-year and a record number of $200,000 plus deals as well for the quarter. So a lot of good traction around CEM overall.

**Operator**

The next question comes from Scott Berg with Needham.

**John David Godin**
*Needham & Company, LLC, Research Division*

This is John Godin on for Scott. Just first on the AP relationship, how should we think about that from a sales perspective? And will those add any extra opportunities that you weren't able to attack previously? And what kind of impact do you think it will have on win rates?

**David Alexander Meredith**
*CEO & Director*

John, thank you so much for the question. We just announced the AP relationship today, and it's one we're very excited about. We continue to associate ourselves with some of the biggest and the best brands on the planet Earth. AP is a very unique capability with 250 locations around the world where they have people on the ground in 100 countries. And they just have great access to information, which is differentiated.

It's just one of the 25,000 data feeds that we have coming in to our CEM platform. So if you want to have situational awareness minutes matter, seconds matter, the ability to know exactly what's going on and have situational awareness around things you care about, your people, your assets, your supply chain, supply routes, your brand and reputation and things they threaten that, that can be the difference between a successful mitigation and response or not for a company or for a government or health care organization for that matter.

So we think our strategy of aggregating high-quality data partners and then curating all of that data and turning it into actionable intelligence and actual information across a single pane of glass, which is

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our visual command center, is the right strategy, and we're getting really good validation of that with partnerships like the AP.

It does allow for -- there's more options on things that customers can buy. So it does open up some opportunities. I think there's going to be potential for joint go-to-market and cross-sell, upsell. So it's just one of many, we felt it was worth announcing because AP is excited about it. We're excited about it. And because of the power of the brand and the global appeal that they bring, but this is part of a larger product ecosystem strategy, which ties into what we talked about earlier with partnership, and we're getting really good traction.

**Operator**

The next question comes from Matt Stotler with William Blair.

**Matthew Alan Stotler**
*William Blair & Company L.L.C., Research Division*

I guess the first one, I'll go ahead and ask the billings question. Obviously, there's a lot of questions around billings when you see deceleration, but obviously, some really pretty significant outperformance, strong results on that from the quarter. Would love to just kind of dig into that in terms of any notable contributors or drivers. Obviously, you've talked about this some kind of unrecognized backlog, and I know there are some big deals in there. Anything flowing through there you can speak to? Is this within the countrywide side or otherwise? Or is this more of just the strength you saw in CEM kind of hitting deferred revenue in the quarter? Anything that you can share on that front would be helpful.

**David Alexander Meredith**
*CEO & Director*

Yes, Matt, thanks. I'll do it first, Scott, and then hand it to Patrick. But I think the #1 driver this quarter, the headline is record number of CEM deals led to a record number of $5,000 plus deals, record number of $200,000 plus deals, and that you're seeing the effects of that kind of flow through a lot of our metrics. So that's probably the #1 driver for the quarter to focus on.

As far as the -- we talk about the -- what we call backlog, which are deals that are contracted, but don't show up in deferred, that's a pretty significant number. And Patrick, why don't you talk about it? I don't think that's what's driving it. In fact, it's probably gotten bigger. But Patrick, why don't you jump in on that?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. Well, that uninvoiced backlog is not in deferred, and therefore, it's not anyone's calculations and billings. That uninvoiced backlog number is now in the mid- to high teens. It's grown sequentially quarter-over-quarter due to wins such as Estonia and some other deals. So we're excited about that. And the ability to convert that into revenue over coming quarters.

And one other thing to mention, I think as folks do their billings calculations, which, as Matt, you and others know, we don't point people to, but I know that sometimes it can be confusing to go ahead and call out that the -- you'll see in our 10-Q that xMatters contributed $34 million to our deferred revenue. That's combination of short term and long term, a significant portion of that is the long term because they're able to collect for multiple years upfront. So that $34 million relates directly to xMatters.

**Matthew Alan Stotler**
*William Blair & Company L.L.C., Research Division*

Got it. That's super helpful color. And then maybe just one on 911, right? I mean it's something that we've kind of talked about for going back to the Atos, the origination of the Atos partnership and being able to kind of partner with them, we brought into this larger next-gen E911 project that the State of California was doing. But just then obviously, you acquired RedSky earlier this year. Obviously, there's this interesting partnership with RapidSOS that you guys have mentioned. I would love to just maybe, if you

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

could touch on maybe the initiatives with broader next-gen 911, how critical those capabilities are to the platform and maybe what your vision is for your E911 capabilities going forward.

**David Alexander Meredith**
*CEO & Director*

Yes. It's a great question. So you're right, you're connecting all the dots, everything that's happening from our partnerships, what we're building out with the platform. It goes back to the network effects that we talk about, critical event management across both the private sector and the public sector. The 911 system is one that's really ready to be -- it's ready for innovation. And it touches the lives of everyone in the United States and there's opportunities around the world as well. So when there is something that happens with the 911 call, there's a lot more data that you'd like to have than just what that person can share on the phone conversation verbally.

RapidSOS is really a leader and has invested quite a bit of money over years building out really significant capabilities in this space. And so you're putting 2 leaders together. And we're very excited about our potential to help companies that have to follow increasing regulatory guidelines or just best practices around duty of care for people that work for them as well as the public sector that benefits and the first responders that benefit from having better access to real-time information and data to support what's going on. And it really truly can save lives.

So we announced the partnership with RapidSOS and then we're kind of unveiling the next-gen 911. We're going to have more to say about that in future quarters, but we're very excited about where that can go. And we've gotten tremendous feedback from both companies and public sector prospects after our announcement.

**Operator**

The next question comes from Brian Peterson with Raymond James.

**Unknown Analyst**

This is John [ Masina ] on for Brian. Just real quick on the corporate opportunity in Europe. It's been mentioned a few times about the flywheel effect that you're seeing in states like Florida, where that helps drive new business in the state. Just curious how that's playing out internationally. And would we expect corporate demand to follow some of these potential wins we've seen? Just really interested how you're thinking about Europe playing out.

**David Alexander Meredith**
*CEO & Director*

Yes, John, thank you for the question. I think it's a key moat around our business that over the long term, I think is going to position us exceedingly well. And we're definitely seeing it happen around the world, not just in Europe. For example, in Singapore, you start with the front end with the government, you get the carriers, you get financial services, manufacturing. And you start to get other key vertical leaders. And you just -- you just see it light up on the map, and we're seeing it now in the Middle East as well.

So obviously, in Europe, we've got a really good footprint, and we're getting -- we launched CEM in Europe, and we're getting traction and adding more corporate customers there. So one of the things we're doing is putting together playbooks on how do we take a process that happens organically anyway, but how do we accelerate that? And how do we use our marketing and thought leadership to make it happen faster. So that's something that we're trying different things with. And as we continue to get traction there, I think it just makes our results that much better. So really appreciate the question.

**Operator**

[Operator Instructions] The next question comes from Mike Walkley with Canaccord Genuity.

**Thomas Michael Walkley**
*Canaccord Genuity Corp., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

David, just more of a high-level question for you. I would think needing to track all remote employees with a lot of companies being remote work and the various risks as flus are more spread out, plays well into demand for your solutions. But some companies are trying to get people back to work. How can you help them, given the different health and safety protocols that can vary by state, even by county within state? And is it better for your business model if things stay more remote or people start to return to the office or are they both drivers?

**David Alexander Meredith**
*CEO & Director*

Yes, Mike, thank you for the question. It's a really fundamental question. And the answer is, all of the above. We're an enterprise-wide platform and we support all the use cases. So we have hundreds of out-of-the-box integrations. So just for example, if you come into the office and you've got thermal cameras deployed to take people's temperatures coming in, we're integrated to these thermal cameras. So if you walk in and you've got a fever, you've got a mobile app in your pocket, say, hey, you've got a fever, go work from home and get a COVID test and potentially quarantine, isolate.

If we're also integrated with the physical access control system, the travel management system, the calendaring system, so we can say, all right, David's got a fever, he's been exposed to 10 other people in the office in the last week, let's send them a message. Tell them to work remotely, get a COVID test. This is all happening, can happen in seconds or minutes as opposed to having the state contact tracers spend the next days trying to call around and do contact tracing.

So it's really a next-generation, digitally transformed way of doing contact tracing for the employer to help them mitigate the risk as the virus has hotspots, goes up and goes down. We're able as we're a multinational and as many of our customers do, they've got offices all over the world, all over the United States. Everyone has different guidelines about what the rules are. The system is able to keep track of that in an automated way, help with enforcement. We're tied into the physical security information management system for the building.

So if you've got guidelines on how many people should be in a particular space around social distancing in a meeting room, the system can help report on that and enforce that. So there's just so many use cases around how do I get people back to the office safely. And it's -- the reality is it's going to be some form of hybrid. I mean we have some people in the office, some people remote. And the ability to keep track and manage that across all of those populations with one single pane of glass, one platform, that's really a big part of the value proposition.

And our customers really seem to appreciate it. In fact, we're using it for ourselves as we're managing our own business. So it's a great question. Fundamental. And I think this is what we've built the platform for. And I think we're ahead of everybody else on that.

**Thomas Michael Walkley**
*Canaccord Genuity Corp., Research Division*

And just a follow-up question for Patrick. Congratulations on all the large deals and the CEM deals in particular, very strong start to the year, but some things pulled in the funnel? Or do you still see strong trends for large deals in the back half of the year? And given the record deals and increasing ASPs, is dollar or base net retention trending higher and maybe we hit a new metric that it might be above going forward?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Thanks, Mike. We are -- we didn't necessarily pull things into Q2. Rather, we see -- we are just really thrilled with the performance in Q2, and we are really excited about what the second half looks like. We've been building the business for a long time here to increase our value proposition and therefore, our ASPs, and that's a metric that isn't going to go up onto the right every single quarter, but if you zoom out and you look at the trend, we're excited about it, and we expect that it will continue to head that way over time. And what was the last part of your question?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Thomas Michael Walkley**
*Canaccord Genuity Corp., Research Division*

I was just curious, can you share your dollar -- net retention of 110%. I was just curious if it was getting to a higher level maybe.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well, we have we have bounced around much higher than 110%. And as we continue to drive a stronger value proposition and focus on landing, sometimes we land with a lot. And then when we come back around and expand, it can be many quarters down the line. In other cases, it will happen faster. So we've got a blend across businesses and geographies. I think as we continue to focus on a huge lever for us over the next many years, which is continuing to sell into the base, you'll see the potential for greater strength in that figure. And if we are continuously exceeding something like 125%, then we will call that out. But for now, given that it tends to oscillate up and down a little bit, we'll just stick with reminding folks that it's greater than 110%.

**Operator**

The next question comes from Parker Lane with Stifel.

**Jeffrey Parker Lane**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Congrats on the quarter and a really diverse solid set of CEM wins. You think about the opportunities here for the remainder of the year and going forward, are there any particular verticals that you're seeing are most receptive to the CEM value proposition right now that you could potentially throw some extra sales resources behind?

**David Alexander Meredith**
*CEO & Director*

Parker, thanks for the question. Yes, we saw a pretty broad-based strength on CEM. And I think it was a reflection of notwithstanding the Delta variant. With the vaccines becoming more prevalent, companies are starting to open up and look at kind of broader term things that they need to do going forward. So we saw some really encouraging signs.

Health care has been a really tough vertical for us during COVID because most of our customers really focused on dealing with the crisis. And we started to see some big deals come back there. Other sectors, we've been really busy helping retailers kind of reopen. And we've had surprising traction with the retailers throughout COVID as we've been helping them. The tech sector has been great. We've been -- big customers, mid-market, it's been pretty broad-based, to be honest with you. So everyone is thinking about this now. It's just a big topic. And now is the time for them. They know they've got to do something and now they've got a little bit more bandwidth to do something more strategic.

**Jeffrey Parker Lane**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Yes, makes sense. Quick follow-up for you, Patrick. On the deferred revenue front, would it be fair to say that xMatters is the primary factor behind the nice sequential jump in noncurrent deferred revenue? And should we expect that trend to continue going forward?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well, yes and no. So the first question is yes. We historically have not made a habit of chasing long-term deferred revenue, but instead prefer to try to keep the model as clean as we can and go 1 year at a time in terms of invoicing and collections. So yes, that jump, that sequential jump has everything to do with

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

xMatters. But going forward, we don't -- like I said, I think over time, as that bleeds down, I think you'll see a return to normal, which is a greater focus on current deferred rather than long term.

**Operator**

The next question comes from Koji Ikeda with Bank of America.

**Koji Ikeda**
*BofA Securities, Research Division*

Really great quarter. A couple for me. First one, on the Tech Data partnership, just curious here, they got 125,000 on their channel. So I guess what does it mean for the go-to-market strategy from your perspective? And I guess, how does it also open up maybe potential new market areas, either upmarket, downmarket or maybe even new verticals?

**David Alexander Meredith**
*CEO & Director*

Thanks, Koji. Yes, great question. I think Tech Data and more broadly across our partnership, it's great when you can get thousands of people selling your solution in addition to the dedicated sales force you have. So there are definitely areas where it's really helpful to be at extra coverage. So there's some parts of the world where we don't have as many sales people on the ground as we'd like. And so geography is a factor. As we've been selling bigger deals, kind of moving upmarket, trying to sell more to the C-suite, selling Fortune 1000, Global 2000, some of the smaller customers now, we can maybe more cost efficiently pursue through some of these channel partnerships. So that's very helpful so we can kind of free up our dedicated resources to do the bigger ASP deals.

And some of the, what I call, kind of product-led ecosystem partnerships, like we talked about, WizNucleus, where we're getting very deep vertical industry expertise around critical infrastructure that we can put together with what we're doing and create a really unique and differentiated proposition for the end customer. So those are some of the categories. And we -- first, we had to sign up the partners and then we've made efforts in terms of getting better at how we enable our partners. So we sign them up and then we go into the enablement phase, start to build funnel and then you start to see the deals come through. So that's really gratifying and we're starting to see more and more of that.

**Koji Ikeda**
*BofA Securities, Research Division*

Got it. And just one follow-up, if I may. On the xMatters acquisition, is it possible to get the xMatters contribution to the revenue for the quarter? And really given the positive commentary throughout the call, I mean, I guess, are you expecting much more than the $9 million to $11 million in total revenue that you guided for xMatters earlier this year.

**David Alexander Meredith**
*CEO & Director*

Yes, Koji, it's a great question. So let me just give an update on what's going on with xMatters. One is, we are probably ahead of schedule on getting them integrated with the organization and we acquired a really tremendous team. They understand our space and the strategic fit of digital plus physical is resonating well with customers. And so based on our internal expectations, what we thought we'd do on sales, like we're doing better. And so we certainly are going to try to continue that.

We are integrating. We did have an ITA business previously. So we're integrating those teams. They've already been integrated. So it is interesting in terms of which deals were already in the funnel, would we have won them anyway, not won them. So we're really not -- and it's probably impossible to kind of break out going forward because we're putting the teams together. But our overall guidance reflects our view of the consolidated view going forward. And overall, we're very bullish on the acquisition and the results exceeded what we thought prior to having gone through Sarbanes-Oxley and closing the deal and all that.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

The next question comes from Terry Tillman with Truist.

**Terrell Frederick Tillman**
*Truist Securities, Inc., Research Division*

Congratulations from me, particularly on the CEM side. I guess I had a question in terms of the Public Warning opportunity in the U.K. So I'd like to learn a little bit more about -- so is this like long-term contracts with the 3 mobile operators? And what about on the front end? And then I had a follow-up.

**David Alexander Meredith**
*CEO & Director*

Terry, thanks for the question. So yes, the U.K., we won the 3 largest carriers, and we've implemented them in really record time, which is great. And so we're able to announce that. The front end is still a legacy front end. So there is a possibility at some point in the future that there could be an upsell on the front-end side as well.

**Terrell Frederick Tillman**
*Truist Securities, Inc., Research Division*

Okay. Well, good luck on that. And I guess, my second part of the question, David, just relates to -- earlier, you talked about an important region, a higher population region, probably a lot of economic activity in Switzerland that I think you all want. What I'm curious about and get a lot of ongoing questions about the EU opportunity more broadly speaking. Going forward, do you see it maybe playing out where you get more countrywide deals initially? Or maybe in some instances, actually, you're going to picked, you're going to end up kind of knocking off some of the regions? What are you seeing in terms of the consumption pattern for the rest of the year next year?

**David Alexander Meredith**
*CEO & Director*

Well, Terry, it's a very great question because what we're actually seeing now, for example, in Norway, we're starting to win deals at the more, I would call, state and local type level where we're getting cities signed up, where historically, we would just do the countrywide, but we're finding that once we're in with the carriers, there are use cases where the smaller -- the municipalities, not just the entire country, have their own use cases they want the solution for. So it's an interesting opportunity for us to sell additional deals within a country. And I would say where we're getting some early traction on that is Norway. And so we're looking at how we can try to do more of that, which should be kind of in addition to the countrywide deal opportunity.

**Operator**

The next question comes from Brian Colley with Stephens.

**Brian Lee Colley**
*Stephens Inc., Research Division*

Congratulations on the quarter. Just a quick one here. I'm curious if you see any noticeable change in customer behavior, buying patterns over the past several months. I'm just kind of curious if the resurgence in COVID has impacted your outlook or customer demand in any way?

**David Alexander Meredith**
*CEO & Director*

Brian, thanks for the question. Look, I think it's a really fundamental question. It's a good question. If you remember, before COVID, we were putting some really great numbers. And when COVID hit, I think we still had very solid numbers to COVID. We pivoted on specific use cases around vaccine distribution and contact tracing. But you saw -- if you go back a year or so ago, you saw our ASPs were much lower. And I think you're seeing now the ASPs are coming strong. We're getting more big deals. So I think there's a lot of kind of reopening use cases that are very compelling for our customers that uses CEM platform for.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. FQ2 2021 EARNINGS CALL | AUG 09, 2021

And so I think we're seeing that in the big deals. We're seeing that in ASP. So that does feel like a change to me.

And I said 2 quarters ago, when I said last quarter, I said I'm seeing more big deals in the funnel. And I think we've been able to execute on those as you're seeing with some records this quarter. So I do think it's a change. What will happen now with the Delta variant kind of surging in different parts of the world, we'll have to see, that's really happening in real time. But we do have use cases that are -- we have so many use cases. Some of them are good for reopening. And obviously, some of them are helpful when you're dealing with the critical event like a pandemic. So we have the ability to help our customers in either scenario. But yes, we are seeing some positive signs, particularly around the big deals.

**Brian Lee Colley**
*Stephens Inc., Research Division*

Got it. And I'm curious, specifically, I mean which CEM use cases are you seeing the strongest demand for right now? And also, have you seen any -- I know it's still early days on xMatters, but I'm curious if you see any tangible increase in the CEM pipeline that you would attribute directly to xMatters?

**David Alexander Meredith**
*CEO & Director*

Yes. I think there's a lot of interest around what I'll call future work or hybrid work scenarios and the ability to sort of -- there's more focus on just overall duty of care for companies with their employees. It's a focus like there's never been ever, right? And so it's really top of mind. So that is definitely a catalyst for us. And again, as I mentioned in my remarks, we build Safety Connection as the core component of the CEM platform years ago, specifically around remote workers and managing a hybrid environment. So we think that, that's a big driver. And what was the second question, Brian?

**Brian Lee Colley**
*Stephens Inc., Research Division*

If you've seen the pipeline increase as a direct result of xMatters and the capabilities that brings you and also just the fact that you're selling closer to revenue and executives, I guess.

**David Alexander Meredith**
*CEO & Director*

Yes. Patrick, do you want to speak to that one?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Pipeline as it relates to xMatters, well, we've been integrating the businesses practically since before the acquisition began. We were excited to do that. So I'd say that the -- and part of the thesis for the acquisition for the merger was going back many quarters, customers -- existing customers coming to us and saying, you're really knocking out of the park with life safety and physical, but we also need to combine this with digital. So the pipeline was growing pre-acquisition. And I think now as we've formed the merger and we're going to market with digital, and physical at the same time with the Fusion concept, we are seeing greater demand.

**Operator**

This concludes our question-and-answer session. I would now like to turn the conference back over to David Meredith for any closing remarks.

**David Alexander Meredith**
*CEO & Director*

Well, thank you for joining our call today. As a growing number of organizations recognize the numerous benefits of our proven, scalable and reliable digital and physical resiliency solutions, we're well positioned

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to continue penetrating a multibillion-dollar opportunity as we look ahead. We hope to see many of you at the Canaccord Growth Conference later this week. Thank you again. Goodbye.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. FQ2 2021 EARNINGS CALL | AUG 09, 2021

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 20

**S&P Global**
Market Intelligence

# Everbridge, Inc. NasdaqGM:EVBG Company Conference Presentation

**Tuesday, November 30, 2021 11:15 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ............................................................................... | 3 |
| Presentation | ............................................................................... | 4 |
| Question and Answer | ............................................................................... | 5 |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

**ANALYSTS**

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

All right. Thank you, everyone, for joining us. I'm Sami Badri with Credit Suisse Research. We have Patrick Brickley, CFO of Everbridge. Thank you, Patrick, for joining us today.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*
Yes. My pleasure. Thank you very much.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

So one thing I want to start off the conversation with was just some of the key strategic priorities of Everbridge. We could kind of start off there, and we'll get into a little bit some more specifics if that works.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. Sure. At a high level, we are a SaaS organization that's mission-driven, focused on keeping people safe and increasingly keeping businesses running. And we used to be -- when I joined 6.5 years ago, we were a point solution, focused on alerting only, alerting in times of sort of big, large tragic events. And frankly, we hoped our customers wouldn't necessarily need to use the product.

So what we've been doing since then is expanding our value proposition where now we have a platform which we call Critical Event Management. We're creating this category. And that is -- that platform is more than half of our business, and it's continuing to outpace the growth of mass notification. And increasingly, our customers are using it to keep their businesses running. They are using it for more and more operational use cases.

So as we think about maintaining strong growth, this year, we'll do $365 million, $370 million of growing at 35%, 36%. We want to maintain strong growth for as long as we can. And I think Critical Event Management is going to be a big part of that, continuing to sell higher value proposition for higher ASP. We've been selling a lot to corporate. We want to do more and more of it to -- and corporate is 2/3 of our business. We want to do more of it to government, to health care and also do more of it outside of the United States. Outside of the United States, revenue is -- it's about 1/3 of our business. We want to get that to 50-plus percent. So more and more Critical Event Management, more global growth.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Actually, Patrick, really good segue. So on the topic of traction in the EU, and this was a subject of last earnings call, there are some undercurrent tailwinds going on in that region. Where are you from characterizing the revenue contribution from those tailwinds today? Like when do you think that revenue ramp will actually start hitting the business?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. So 2-part answer. The first is winning -- so there's this EU mandate that every EU member state needs to have countrywide alerting in place, and we're the best in the world at that. And they need to have something in place by the middle of next year. We see them all working towards that at varying speeds. Fewer than half have made a decision. We've won the vast majority of those that have made a decision. We anticipate we'll maintain that win rate through.

And so the timing of the revenue as it relates to those specific wins, it'll vary. We've had customers turn this on within a few weeks, and then we start recognizing revenue quickly. We've also had customers at the other end of the spectrum take a couple of years. We just turned on Australia. They signed in 2019. So it has nothing to do with the software necessarily. It has to do with the buyer and whatever sort of complications they have in herding cats to get the software stood up. So there will be a lag between signing these deals and recognizing revenue.

More importantly, from a strategic standpoint and long-term revenue growth is the follow-on business related to these deals. What we have seen historically is that when we win a large state, like state of Florida, state of New York, state of California, and now increasingly countries, country of Singapore, country of Sweden, we've been able to leverage those large referenceable wins to focus our go-to-market

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

within those geographies and roll up a whole lot of incremental business. The government is using us. Why shouldn't you? And you take Florida, that was a multimillion dollar deal with one statewide department in Florida where we otherwise had very little business, and we've since rolled up hundreds of additional customers and a few multiples of the value of the original statewide deal. So it's very powerful. We call it network effects, and that's going to be a big focus.

So we just won Spain and the Netherlands. The next few reps that we hire outside the United States, Spain and the Netherlands. It will help us grow efficiently, too. Instead of sort of spraying and praying, dropping people into Portugal where we don't have much of a presence, we're going to drop in where we've won the country, and that should help us continue to be able to drive strong revenue growth but do it efficiently.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

So are you trying to say if I speak Dutch or Spanish, I have an employment opportunity?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. Yes, you do.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

So characterizing this business momentum at this point. If you were to just look back maybe even 2 to 3 months ago versus today, is business momentum strengthening? Or is it about the same or getting worse than just 3 months ago?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well, what we see as we continue to knock on wood...

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

And you could split this by region, you could split this by overall...

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. I was going to do it by vertical where -- so corporate is roughly 2/3 of our business, and we continue to see strength coming out of corporate. We've done a whole lot of modifying our go-to-market to sell our platform value proposition in the corporate where, historically, our legacy, like I mentioned previously, was mass notification.

Over the past, call it, 18 months, we've been very determined to land net new corporate logos with something other than mass notification. Something that's much more expansive leads to -- it's a much faster path to CEM. Because mass notification, our legacy, that's focused on safety and security. And hopefully, our customers never need to use it. It's a different buyer than the rest of the platform.

So we've been focusing on landing with products like our risk intelligence, our safety connection. These are some -- these are products that our customers will be using all day every day, and there isn't even alerting necessarily involved in these. These are different solutions. And as they turn them on, they realize they can apply them to multiple use cases and further in order to extract more value out of an individual solution of ours, even better if you buy another solution and you have them working together. So that's been winning in corporate. We have a hyper focus on Fortune 1000, Global 2000. We've got a long way to go to continue to drive growth there.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With the other 1/3 of our business, that is state and local government and health care, which for us is U.S. hospitals, those were hit a little bit harder by COVID. They're coming out of COVID a little bit more slowly, at least our customers. We've had some big notable wins in those areas. We've had state of Oregon, state of Ohio. But nevertheless, there's been a lot of fretting over budget and revenue, and we're optimistic that this infrastructure bill will help to unlock a lot of that state and local government spend. We've been retaining the customers, but we want them -- we want net new customers. We want existing customers buying more.

And within that infrastructure bill, there's $50 billion or so that's earmarked for resilience, which is everything from cyberattacks to climate change and the adverse effects on populations. That's what we do. That's what our platform does today. We help our customers automate and accelerate their response to disruption as it relates to life safety, physical security, increasingly cyber. So we're excited that this is going to be a catalyst for growth in state and local government, which is really important to our business. It provides a lot of that referenceability, right? When we win a large government, it may be a small portion of our revenue, but it makes a whole lot of higher ed, health care, top employers, transportation. It makes them take note, and it really will drive a lot of incremental business.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Yes. So you call that $50 billion, that's really kind of the in-scope benefit from the infrastructure build. But one other kind of question that I guess investors have is states and municipalities or local governments actually have access to about $350 billion that are earmarked for various things. But at the end of the day, if the state and municipality actually needs access to funding, once they get it, they can technically allocate it in the way they want to. So does that mean that really the ballpark of addressable budget that I guess you guys are offering around is probably a little bit more than $50 billion and it could be 7x that at $350 billion?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well, we can certainly help with a lot within that. And I don't know whether we would win all of it, obviously. But we -- things that we do today for large referenceable customers, take, for example, the New York, New Jersey region, we think this is applicable worldwide but certainly throughout the United States, where we've got the sort of tristate, trifecta between state of Connecticut statewide deal, state of New York statewide deal, a lot of the city of New York, including the MTA.

We've got the New York, New Jersey Port Authority. They're all using us together, by the way, not just individually but together, for sort of the sort of regional resilience. And that is as it relates to cyber events but also hazmat events and just climate change. When the ocean comes into the Manhattan subway, they're using Everbridge to help remediate the situation.

So this is applicable all the way down the East Coast, throughout the Gulf Coast, up the West Coast and everywhere in between. So we're optimistic that we can take our success to date and continue to catalyze growth by applying them to -- we've got 8 states. There's 42 to go.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Yes. One -- maybe like a 2-part question. One is, most serious salespeople are probably incentivized to work with the customers to get the budget and then book it, right, convert it into sales or bookings, right? Where are salespeople in this process relative to the budgets that have already been communicated, right? Are salespeople already looking at these budgets as addressable and bookable now? Or do the budgets have to make their way into the systems and deploy it and then they become like technically bookable or addressable?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. COMPANY CONFERENCE PRESENTATION | NOV 30, 2021

Well, I think a combination. And when it comes to government buying and government customers, I'd like to moderate expectations because the timing of government buying is, at least in our experience, never quite as predictable as that of corporate buying. So there were a number of RFPs that were already in flight pre-COVID, that where the brakes have been pumped. There have been RFPs that have come up during COVID that are moving slowly. And a common refrain tends to be, well, budget. We want to make sure certainty.

And so ideally, this is going to help to unlock a lot of that budget, but the RFPs still have to be done. The contract has to be done. And our experience, a lot of government buying, especially state and local, will happen around June 30. And then as we start to stand things up, that could start driving revenue in the back half of next year. So that's -- so we have a lot of work to do, but we're optimistic and so are our customers that there's going to be a lot more life coming out of state and local government.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

So I mean back half of next year sounds essentially very in line with some of the other companies and saying when they're going to see the benefit. One other, I think, incremental data point that people have been mentioning is this is a lot more back half-loaded on a multiyear basis than people realize, all these statements. Is that also the case for Everbridge spread over like 5 years? So it's like 5 years, but that back 2.5 years is going to see that real trigger, right?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. Well, I think, as I mentioned, we actually already had a number of RFPs that were in flight that we were responding to, and we're seeing those start to get back on a realistic time line. So those alone would be great for us. But right, the business could start to cushion there over time as more and more of the dollars become available.

Today, 25% of our business, it's about $90 million in revenue. So it's -- to land a couple of material contracts, that could be a material growth of $90 million of revenue, right? As more and more becomes available over time, then that will just be gravy.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Got it. Got it. It sounds like a good outlook. So one question on more shorter-term dynamics on Q3 bookings and some of the seasonality. Should we expect to see any kind of real change in seasonality in Q4 or in the coming quarters? Anything that could look a little bit off or, I guess, you'd say, more inconsistent than what people may be expecting?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well, when -- so in terms of seasonality, Q2 has seasonally been our weakest quarter, but we just had a great Q2. We set a number of records across some very important metrics. And we said, not every quarter is going to be a record-setting quarter from there. So poor Q3 was in the shadow of Q2. But when people are looking at our bookings and trying to determine them, they'll often do like the calculated billings and they'll look at deferred revenue and the change in deferred and they'll add revenue and look at that year-over-year.

We have always said since the time that we IPO-ed 5 years ago, don't use a single quarter's calculation of billings and over-index on that. Look at the trailing 12. And the biggest reason for that is -- and there are 2 reasons, but the first and the biggest is that most of the invoicing that happens in any given quarter is related to renewals, and we will leverage the timing of renewal invoicing as best we can to catalyze, either improve certainty of collections and/or for upsell. And it has no impact on our run rate revenue, but it will have time -- it will have an impact on the time that things hit deferred.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And we've had quarters where in the same quarter previous year, we invoiced hundreds of customers, that in the same quarter, current year, we did not even invoice. They had either been invoiced prior to that for renewals or they're going to be invoiced next quarter. And that is how we run the business. We have not been running it towards calculated billings. That's why we don't guide to it.

We would say if people really want to look at that metric, look at it on a trailing 12 basis. That will even out a lot of that noise. But there's one other thing that's missing from the billings metric, which is when we win these countrywide deals, for the vast majority of them, we don't send an invoice upon signature. We do the invoicing in arrears as we've reached milestones. So they never hit deferred. They don't hit that billings calculation until they turn into revenue.

So they still hit the billings calculation, but you don't see it coming. And that's why we talked about on the earnings calls, hey, we signed these more deals. We've got this uninvoiced backlog. We encourage people to incorporate that and whatever calculations they're doing.

So it does matter which metrics you look at and how you look at them. And I would say, generally speaking, yes, our business is a bit lumpy. That will probably remain the case. But generally speaking, everything is moving up into the right, and that also should remain the case.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Yes. I noticed that the lights on a spotlight went out when you said it's not capturing your billings number.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

I mean that's...

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Yes. So you're addressing the EU opportunity first from a local government perspective or at least statewide or country sovereign perspective. What about enterprise opportunities in the EU?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. Really important for our growth outlook. Context, though, is also important. I mentioned our legacy. We were a point solution. We were selling just mass notification. We were selling it for under $30,000 on average, and we were selling it from our reruns over the phone. And at the time of the IPO, we said we're going to grow our value proposition. We're going to overhaul our go-to-market to be able to sell -- to make platform sales high and wide within Fortune 1000.

We've had to chip away at that over time, and we had to do it in a very focused way because we've been public and we can't take quarters off while we reboot our go-to-market. So we've been feathering in sort of the enterprise DNA. And in the U.S., we've come a long way. We've basically overhauled most of the team. Most of the team can now sell large deals. And then now we're transitioning our focus outside the U.S.

So outside the U.S., it's a much smaller portion of the go-to-market team that is qualified internally to sell Critical Event Management. We have formally launched Critical Event Management. We've got some large referenceable wins, for example, Siemens in Germany. But there's more work to do to continue to evolve the go-to-market. As we do that, you'll see more and more CEM success outside of the United States. Again, we just have to feather it in. We can't hit reboot and take a few quarters off.

But continued progress in corporate outside of the United States is a big reason why revenue from customers outside the United States has grown to now be roughly 1/3, whereas a few years ago, it was single digits. So I think there's -- we've come a long way, but there's a long way to go as we continue to evolve the go-to-market to sell the platform outside of the U.S.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. COMPANY CONFERENCE PRESENTATION | NOV 30, 2021

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Got it. Got it. Shifting gears a little bit to your xMatters acquisition, and that was about 6 months ago. I think what's the latest on integration and how that acquisition is actually going?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. So xMatters was our largest competitor in IT alerting, which is the -- an ITSM will look for something wrong in an IT infrastructure and then they'll create a ticket, and they'll hand that off to someone like us to help our customers remediate the impact of whatever that situation is.

We've always focused on major incidents. We don't focus on selling to the DevOps department. That's better suited for other companies. For us, the strength of our offerings is our platform. So we focus on major incidents, vendor consolidation, single throat to choke. Our largest competitor there was xMatters, their point solution, but they are also focused on major incidents.

So through the acquisition, we've brought together the go-to-market. We've, in fact, stood down a lot of our competitive offerings, and we're going with -- we're pushing the xMatters software because their solution is more robust. It's a much more robust point solution and will be integrated into our platform.

We've begun that technological integration. We've locked up key hires, and we're retaining them. And so, so far, so good. We've got a long way to go. The technology is going to be really important for improving our ability to offer digital workflows and orchestration. We announced this morning that we've achieved a milestone in that integration where now we can offer a lot more digitized workflow and orchestration, more drag and drop.

Part of our value proposition is we are out-of-the-box enterprise grade. We're not a toolkit. You as the customer don't need to hire a bunch of developers to work full time on building out Everbridge. We work out of the box. And increasingly, we're able to do that by improving our workflow and orchestration, just making it easier for people who don't know code to be able to work with us. And so that's part of what the xMatters acquisition is providing for us, and we're continuing to achieve milestones along those lines.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Got it. Got it. I wanted to shift gears and maybe talk about the partner channel and how that's working out. Could you just kind of give us an update on how that's going and how that's actually contributing to pipeline sales and just kind of achieving what you wanted to achieve when you first started building that out?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. So partners, from a direct sale perspective, they still contribute less than 10% of our total sales, but that's a figure that we want to get upwards of 30% over time. It's just -- it's going to take a lot of time. Where I'd really like for partners to be contributing meaningfully to our revenue is, call it, 2024, 2025. Because at that scale, when we're approaching $1 billion in revenue, to have our entire go-to-market be single-threaded through a direct sales force, there's just a lot of risk. I mean look at today's hiring market. It's -- there's too much risk to be single-threaded through one route to market.

So I'm excited that we, over the past 18 months, have begun to catalyze the channel. We're starting to see it work, but we know it's going to take a few years. I'd really like to start to see it contribute more meaningfully next year. But this year, we had some early success and some accelerated success. So for example, in Q2, we actually landed a few CEM customers through the channel, which I wasn't expecting that this year at all. So it's going to be instrumental to us and to our growth in a lot of ways.

Maybe one other really important way in which the channel is important to our growth is I mentioned our legacy of mass notification and life safety. When organizations now are thinking about automating,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

EVERBRIDGE, INC. COMPANY CONFERENCE PRESENTATION | NOV 30, 2021

accelerating their response to disruption, they aren't thinking about mass notification. And a lot of times when they hear of Everbridge, that's who they think of, mass notification. So we need to continue to invest into driving awareness of Critical Event Management and of Everbridge is delivering Critical Event Management.

And what we're finding is that a lot of those buyers and C-suites of Fortune 1000 and Global 2000, they aren't Googling Critical Event Management, right? They're asking McKinsey. They're asking PwC and Deloitte. How do I do this? How do I do better at this? So we are now striking deals with them, and they are bringing us into those conversations. And that's going to accelerate the awareness, get us more at-bats faster. And we're excited that we'll win more than our share of those opportunities. So that's a really critical contribution that the channel is going to make to us over time.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

And then is the fair majority of the wins and are price wins coming out of the channel?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Fair majority. Yes. Right. So that means when you go into portfolio and have to assess it up, a similar channel program or identify those channel partners, right?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. Some of the folks that we're working with, take, for example, Atos, they play in a lot of different spaces. They play in health care, they play in government, they play in corporate. And we -- we're devoting a lot of enablement resources to them in exchange for a multiyear, multimillion dollar minimum annual sales commitment. And this is year 1 of that.

So they're bringing us into deals that are not just corporate but also government outside of the U.S. So that's an example of how I anticipate. If we can get that relationship right, then we'll want to do a few more like it, and that will accelerate our penetration into government outside of the U.S.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Got it. Got it. I've been asking some folks who are involved in the public safety market today. What is one thing that kind of keeps you awake at night in terms of how things are progressing? Could be budget-related, could be business flow-related. Is there anything that seems to be that could get hairy in the not-too-distant future?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well...

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Definitely [ off-script ] question for everyone if you're wondering.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, yes. Just between us. I'd say we wouldn't want to see -- just like everyone, by the way, we wouldn't want to see a major resurgence of COVID. When COVID really kicked in, in March of 2020, we saw all aspects of our business get hit, including corporate. A lot of customers who have -- that were in the funnel, they checked down to smaller ASPs. And we've been optimizing our go-to-market to drive larger ASPs, and we're not set up to make it up on volume if ASPs drop.

So the last thing we would want to see is momentum to slow down or stop, in particular, in corporate and/ or as health care and state and local governments start to come back. So knock on wood, none of these variants will prove to be that disruptive. I'd say so far with this latest variant, we aren't seeing necessarily a pause. It's early days, obviously. But here we are, right? And...

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Actually, one follow-up is in the beginning of the pandemic, you called out some wins related to COVID or some deals that were kind of in the process. And I guess the idea was winning them with their initial scope. Those are big land and expand or bundling opportunities. How have some of those deals progressed?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes, they've worked out really well. So that was a real catalyst for us to land in corporate with something other than mass notification. Customers were coming to us for, hey, how can you help us understand the risk landscape? So we would sell them our risk intelligence. Or hey, we've got a lot of people moving around and the world is getting crazier and there's a pandemic, how can we keep track of what's going on? That's our safety connection product.

So we were selling a lot of those, and customers turn those on and they realize they can use these for multiple use cases. Even when people stop traveling, safety connection customers started to use our safety connection, which provides location awareness with things you care about. They started to use it for stuff, and that was the beginning of this.

Now we've got a couple of dozen customers using us for supply chain resilience. We didn't build it for supply chain resilience, right? We're coming to this with a legacy of safety and security and keeping people safe. But the platform is -- what it does is it -- we have over 25,000 different forms of risk intelligence. And we have hundreds of out-of-the-box integrations to pull in location awareness of the things you care about, and we correlate the two.

So it doesn't necessarily have to be Sami or Patrick traveling. It could be precious inventory that's on a train in Mexico or that's going around a portion of Africa on a boat or that is just moving from one store to another but it's perishable inventory. And if there's a disruption in between the 2, you want to see it in advance so you can work around it. That's what customers are starting to use our platform for, and that's what we call the supply chain use case. So that's great, and we anticipate seeing more and more of these operational use cases. It's going to be a big driver of our growth over time.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

I wanted to go back to EU. Actually, I wanted to get the latest regulatory update there because I think there's a lot of requirements that take effect in June of 2022. What is the EU going to do if they're not -- if those respective sovereigns aren't actually ready to deploy? Like what's -- and I guarantee you guys probably see things in here like why isn't -- why aren't they hitting go already, right? What is the latest on the EU reg side?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Well, so I'm unaware of any large punitive penalties if someone hasn't launched something in June of 2022. That said, we see every country moving towards trying to get something turned on by June of 2022.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. COMPANY CONFERENCE PRESENTATION | NOV 30, 2021

So even for those who haven't yet issued RFPs, we're working with those countries in advance from trying to help with the crafting of the RFPs, and it's our understanding from those customers that they want to move quickly.

And so it will be physically and technically possible for them to do an RFP in Q1, sign a contract, get it launched by June. Will that actually happen for all of 27 EU member states? I'm not sure. But they're all moving in that direction, and so we're optimistic that we'll be able to announce more wins between now and June.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Got it. Got it. I wanted to go back to some of the metrics that you guys report, the breakdown between professional services revenue versus software license and subscription. Could we just kind of go over your last quarterly reported metrics? Have you guys been getting questions on those? Where are people kind of honing in on or focusing in on?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. So the subscription revenue, that's our SaaS business, and that's 88% to 90% of our total revenue. The services revenue, call that 7% or 8%, most of that has to do with the SaaS business. That's a mix of just getting the product stood up, getting it launched and/or subscriptions to technical account managers, which we will put in the services line. But that's -- we actually think that is recurring business.

And then there's that third bucket, which is sort of other licenses, and it's the nonrecurring bucket. That is where we provide visibility into -- if we've got a countrywide alerting deal and it's an on-prem implementation with a perpetual license, and when we turn on the license, we get onetime revenue recognition, that's where we'll put it. So that folks see that, and they've got visibility into that.

Over the past many quarters, that's been anywhere from 1% to 7% of revenue. I think, going forward, if folks anticipate, it will be 3% to 5%. That's probably a good starting point. On the one hand, it might grow as we win more countrywide alerting deals. But on the other hand, I am actively pushing the cloud-based SaaS delivery model and not the on-prem perpetual license model. So I'm hopeful that actually, that revenue bucket will go down over time, but it's probably best to assume it will sort of continue at its current rate.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Got it. Got it. We have a little bit of time left. Is there anything you want to call out about Everbridge that you think isn't necessarily called out enough or kind of closing remarks or closing ideas?

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Yes. I think the understanding of our business and our revenue model, it's something that we'll continue to provide visibility into. But I mentioned our legacy is mass notification. A lot of folks still think of us as mass notification only. That is now less than half of our revenue. The majority, and it's the growing majority, comes from the rest of the platform that we've really been building out over the last handful of years.

And we think that, that's really the growth driver for many years to come. Folks using our platform all day, every day to automate and accelerate their response to disruption. The alerting, we still do it, but it's an outcome of that process. It's working all day, every day. And that's a big growth driver for us going forward, and I think folks are still digesting that.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Yes. That's right. That's right. Well, Patrick, thank you very much for the time. I really appreciate it.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Thank you.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*

And thank you everyone else for joining us.

**Patrick Brickley**
*Senior VP, CFO & Treasurer*

Thanks, Sami.

**Ahmed Sami Badri**
*Crédit Suisse AG, Research Division*
Absolutely. Yes.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVERBRIDGE, INC. COMPANY CONFERENCE PRESENTATION |  NOV 30, 2021

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.