**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,

Defendants.

Case No. 2:22-cv-2249-FWS-RAO

**ORDER RE JOINT STIPULATION TO VACATE MARCH 9, 2023, SCHEDULING CONFERENCE AND RELATED DEADLINES [69]**

///

///

///

1

Having considered and reviewed the Parties' Joint Stipulation to Vacate March 9, 2023, Scheduling Conference and Related Deadlines [69] (the "Stipulation"), and good cause appearing, the court **ORDERS** the following:

1. The Rule 26(f) Scheduling Conference currently set on March 9, 2023, at 9:00 a.m., is **CONTINUED** to **April 20, 2023, at 9:00 a.m.**, in Courtroom 10D.  The Parties shall review and comply with the court's Civil Standing Order [31], including on the issue of timely filing the Joint Rule 26(f) Report.

2. The hearing on the Motion to Dismiss [58] currently scheduled on March 9, 2023, at 10:00 a.m., in Courtroom 10D [63], shall remain.

**IT IS SO ORDERED**.

DATED: February 22, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2