**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-2249-FWS-RAO<br><br>**ORDER RE JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO AND EXTENSION OF PAGE LIMITS [80]**<br><br><br>Courtroom:   10D<br>Judge:       Hon. Fred W. Slaughter |

///

///

///

1

## ORDER

Having considered and reviewed the Joint Stipulation Setting Briefing Schedule for Lead Plaintiff's Second Amended Complaint and Defendants' Response Thereto and Extension of Page Limits [80] (the "Stipulation"), submitted by Plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund ("Lead Plaintiff"), and Defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** as follows:

1.    Lead Plaintiff shall file the Second Amended Complaint (the "SAC") on or before **June 30, 2023**;

2.    Defendants shall move, answer, or otherwise respond to the SAC on or before **August 14, 2023**, and if Defendants move to dismiss the SAC, they jointly may file one memorandum in support of their renewed motion to dismiss of no more than **thirty-five (35) pages**;

3.    In the event Defendants move to dismiss or otherwise respond to the SAC, Lead Plaintiff shall file any opposition on or before **September 28, 2023**, and may jointly file one opposition brief of no more than **thirty-five (35) pages**;

4.    In the event Defendants move to dismiss or otherwise respond to the SAC, Defendants shall file any reply to Lead Plaintiff's opposition on or before **October 30, 2023**, and may jointly file one reply brief of no more than **twenty (20) pages**; and

5.    All other dates and deadlines set forth in the court's **April 27, 2023, Scheduling Order [77]** remain **UNCHANGED**.

**IT IS SO ORDERED**.

Dated:  June 5, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2