JONATHAN GARDNER (pro hac vice)
*jgardner@labaton.com*
MICHAEL H. ROGERS (pro hac vice)
*mrogers@labaton.com*
DAVID J. SCHWARTZ (pro hac vice)
*dschwartz@labaton.com*
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

RYAN A. LLORENS (SB 225196)
*ryanl@rgrdlaw.com*
DANIELLE MYERS (SB 259916)
*dmyers@rgrdlaw.com*
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone:   (619) 231-1058
Facsimile:    (619) 231-7423

*Liaison Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-2249-FWS-RAO<br><br>**LEAD PLAINTIFFS' UNOPPOSED REQUEST FOR CLARIFICATION**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]**<br><br>Courtroom:   10D<br>Judge:        Hon. Fred W. Slaughter<br><br>Date Filed:   June 15, 2023<br><br>2d Am. Compl. Filing: June 30, 2023<br><br>Trial Date: March 19, 2024 |

Plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (collectively, the "Sylebra Funds" or "Lead Plaintiffs")[1] by and through their respective counsel of record, respectfully seek clarification of the Court's June 5, 2023 Order re Joint Stipulation Setting Briefing Schedule for Lead Plaintiff's Second Amended Complaint and Defendants' Response Thereto and Extension of Page Limits (ECF No. 81) (the "Second Amended Complaint Briefing Schedule").  In that Order, which extended the period for Lead Plaintiff to file the Second Amended Complaint (the "SAC") and the Parties to brief Defendants' anticipated motion to dismiss the SAC, the Court specifically noted, "All other dates and deadlines set forth in the court's April 27, 2023 Scheduling Order [77] remain UNCHANGED" (ECF No. 81).  The Second Amended Complaint Briefing Schedule creates serious complications for the Parties as the April 27, 2023 Scheduling Order contemplates discovery deadlines and class certification motion deadlines, among others, that the Parties will not be able to effectively meet due to the imposition of the Private Securities Litigation Reform Act's automatic stay of discovery prior to a denial, in whole or in part, of Defendants' motion to dismiss the SAC.  *See* 15 U.S.C. § 78u-4(b)(3)(B).  In light of these complications and the various factors described below, the Lead Plaintiffs respectfully request that the Court vacate the April 27, 2023 scheduling order pending resolution of the Defendants' anticipated motion to dismiss the SAC for the reasons stated below.

WHEREAS, on April 4, 2022, plaintiffs filed a putative securities class action complaint on behalf of a purported class of purchasers of Everbridge stock, alleging violations of the Securities Exchange Act of 1934 against Defendants;

---

[1] Plaintiffs have conferred with defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson ("Defendants") regarding this request for clarification, and defendants' counsel has stated that defendants do not intend to oppose this submission.  The Lead Plaintiffs and Defendants are referred to as the "Parties."

WHEREAS, on September 16, 2022, the Court-appointed Lead Plaintiff filed an Amended Class Action Complaint (ECF No. 53 (the "FAC"));

WHEREAS, Defendants filed a consolidated motion to dismiss the FAC, which was fully briefed on January 17, 2023 (ECF Nos. 58, 65 (the "Motion to Dismiss")));

WHEREAS, on April 6, 2023, the Parties filed a Rule 26(f) Discovery Plan (ECF No. 74), which the Court rejected on April 10, 2023 and directed the parties to file an amended Rule 26(f) Discovery Plan on April 20, 2023 (ECF No. 75);

WHEREAS, the Parties filed the Amended Rule 26(f) Discovery Plan on April 20, 2023 (ECF No. 76), which the Court approved on April 27, 2023 (ECF Nos. 77 & 78), including, among other dates, the following deadlines:

1. **July 7, 2023**: Lead Plaintiff's opening brief in support of class certification;

2. **August 7, 2023**: Defendants' opposition to motion for class certification;

3. **August 21, 2023**: Lead Plaintiff's reply in further support of motion for class certification

4. **August 31, 2023**: Non-Expert Discovery Cut-Off;

5. **October 12, 2023**: Expert Discovery Cut-Off; and

6. **March 19, 2024**: Trial Date.

WHEREAS, at all relevant times, the Private Securities Litigation Reform Act ("PSLRA"), which governs this case, imposes a stay of discovery until after the motion to dismiss is denied, in whole or in part: "In any private action arising under this chapter, **all discovery and other proceedings shall be stayed during the** **pendency of any motion to dismiss**, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party" (*see* 15 U.S.C. § 78u-4(b)(3)(B) (emphasis added));

WHEREAS, on May 9, 2023, the Court entered an order granting Defendants'

-2-

Motion to Dismiss without prejudice and granting Lead Plaintiffs leave to amend the FAC on or before June 8, 2023 (ECF No. 79 (the "Motion to Dismiss Order"));

WHEREAS, on May 31, 2023, the Parties submitted a Joint Stipulation Setting Schedule for Lead Plaintiffs' Second Amended Complaint and Defendants' Responses Thereto and Extension of Page Limits (ECF No. 80);

WHEREAS, on June 5, 2023, the Court entered an Order re Joint Stipulation Setting Briefing Schedule for Lead Plaintiff's Second Amended Complaint and Defendants' Response Thereto and Extension of Page Limits (ECF No. 81) (the "Second Amended Complaint Briefing Schedule");

WHEREAS, the Second Amended Complaint Briefing Schedule directs Lead Plaintiffs to file the SAC by June 30, 2023, the Defendants to file any Motion to Dismiss in response to the SAC by August 14, 2023, the Lead Plaintiffs to file any Opposition to Defendants' Motion to Dismiss by September 28, 2023, and the Defendants to file any reply in further support of their Motion to Dismiss by October 30, 2023;

WHEREAS, the Second Amended Complaint Briefing Schedule Order specifically directed, "All other dates and deadlines set forth in the court's April 27, 2023 Scheduling Order [77] remain UNCHANGED";

WHEREAS, the Second Amended Complaint Briefing Schedule extends beyond the current deadlines for fact discovery and expert discovery, despite the continued imposition of the discovery stay pursuant to the PSLRA pending resolution of Defendants' expected Motion to Dismiss the Second Amended Complaint;

WHEREAS, the Second Amended Complaint Briefing Schedule requires Lead Plaintiffs to file their opening motion in support of class certification one week after the deadline to file the SAC without the benefit of a ruling from the Court on the Motion to Dismiss which information the Class Definition, among other key aspects of such a motion pursuant to Fed. R. Civ. P. 23, and directs the parties to complete class certification briefing and discovery on August 21, 2023, seven days after the

-3-

deadline for Defendants to file their Motion to Dismiss the SAC on August 14, 2023;

WHEREAS, the PSLRA discovery stay prevents both Lead Plaintiffs and Defendants from engaging in any discovery;

WHEREAS, the Parties have thoroughly met and conferred concerning the impact of the April 27, 2023 Scheduling Order, the strictures of the PSLRA discovery stay, and the pending outcome of the pleadings outlined in the Second Amended Complaint Briefing Schedule; and

WHEREAS, the Lead Plaintiffs respectfully request on an unopposed basis that the Court vacate the April 27, 2023 Scheduling Order (ECF No. 77) and direct the Parties, as necessary, to submit a new case schedule, as appropriate, once the Court issues a ruling on Defendants' Motion to Dismiss the Second Amended Complaint, so that the Parties may conduct the case in compliance with the PSLRA, including the PSLRA's discovery stay.

Dated:  June 15, 2023          By: */s/ Michael H. Rogers*
                                     Michael H. Rogers

LABATON SUCHAROW LLP
JONATHAN GARDNER
MICHAEL H. ROGERS
DAVID J. SCHWARTZ

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

ROBBINS GELLER RUDMAN & DOWD LLP
RYAN A. LLORENS
DANIELLE S. MYERS

*Liaison Counsel for the Proposed Class*

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4, I, Michael H. Rogers, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

By: */s/ Michael H. Rogers*
     Michael H. Rogers

REQUEST FOR CLARIFICATION
Case No. 2:22-cv-2249-FWS-RAO