# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,

Defendants.

Case No. 2:22-cv-2249-FWS-RAO

**[PROPOSED] ORDER ON LEAD PLAINTIFFS' UNOPPOSED REQUEST FOR CLARIFICATION**

Courtroom:   10D
Judge:         Hon. Fred W. Slaughter

Date Filed:   June 15, 2023

2d Am. Compl. Filing: June 30, 2023

Trial Date: March 19, 2024

## [PROPOSED] ORDER

Upon the *Lead Plaintiffs' Unopposed Request for Clarification* submitted by Plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (the "Lead Plaintiffs"), and good cause being shown, the Court hereby ORDERS as follows:

1. the April 27, 2023 Scheduling Order (ECF No. 77) is vacated; and

2. the Parties, as necessary, shall submit a new case schedule, as appropriate, once the Court issues a ruling on Defendants' Motion to Dismiss the Second Amended Complaint, so that the Parties may conduct the case in compliance with the Private Securities Litigation Reform Act ("PSLRA"), including the PSLRA's discovery stay (*see* 15 U.S.C. § 78u-4(b)(3)(B)).

IT IS SO ORDERED.

Dated: June ___, 2023        By: _____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE