## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-02249-FWS (RAOx) | Date | June 20, 2023 |
|---|---|---|---|
| Title | Sylebra Capital Partners Master Fund Ltd et al v. Everbridge, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER RE: REQUEST FOR ORDER FOR
CLARIFICATION [82]**

Having reviewed Lead Plaintiffs' unopposed request, (Dkt. 82), the court **VACATES** its April 27, 2023, Scheduling Order and the dates and deadlines set therein, (Dkt. 77).   The previously set briefing schedule on Defendants' expected motion to dismiss Lead Plaintiffs' anticipated second amended complaint (Dkt. 81) shall remain.   If Defendants do not file the motion to dismiss contemplated by the parties by the August 14, 2023, deadline, (see id. at 2), the parties shall resubmit their Joint Rule 26(f) Report within fourteen (14) days of that date.   If such a motion to dismiss is filed, the court will direct the parties to resubmit their Joint Rule 26(f) Report at an appropriate time.

_____ :  _____

Initials of Deputy Clerk    mku

cc: