# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-2249-FWS-RAO<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:        December 7, 2023<br>Time:        10:00 a.m.<br>Courtroom: 10D<br>Judge:       Hon. Fred. W. Slaughter<br><br>*Date Action Filed: April 4, 2022* |

## [PROPOSED] ORDER

Defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson ("Defendants") filed a Motion to Dismiss ("Motion") with respect to all claims asserted against them in Lead Plaintiff's Second Amended Complaint ("SAC"). Lead Plaintiff opposed the Motion. After considering the moving, opposition, and reply papers, arguments of counsel, and all other matters presented to the Court,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion is denied in its entirety. The SAC cures all deficiencies identified by the Court in its Order dismissing the First Amended Complaint (Dkt. No. 79). Specifically, the SAC's confidential witness ("CW") allegations now meet the standards set forth in *Zucco Partners, LLC v. Digimarc Corp.*, 552 F. 3d 981 (9th Cir. 2009), as the SAC describes the CWs "with sufficient particularity to establish their reliability and personal knowledge" and their "statements . . . themselves [are] indicative of scienter." *Id.* at 995. Moreover, the SAC adequately alleges (i) material misstatements and omissions of material fact; (ii) scienter, and (iii) loss causation, and as such, adequately states claims under Section 10(b) and 20(a) of the Securities and Exchange Act of 1934.

2. Defendants' Request for Judicial Notice (Dkt. No. 86) is denied to the extent that it seeks to incorporate any materials by reference or seeks to introduce materials that are not relevant to the Court's analysis for a judicially noticeable reason. Defendants' Request for Judicial Notice is granted to the extent it seeks to incorporate documents by reference, but only for the limited purpose of determining what was disclosed to the market, and not for the truth of that information.

IT IS SO ORDERED.

Dated: _____, 2023       By: _____
                            HON. FRED W. SLAUGHTER
                            UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER ON LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT, Case No. 2:22-cv-2249-FWS-RAO