**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:22-cv-2249-FWS-RAO |
| Plaintiffs, | **ORDER RE JOINT STIPULATION REGARDING THE COURT'S HEARING ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [97]** |
| v. | |
| EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON, | Courtroom:  10D<br>Judge:       Hon. Fred W. Slaughter |
| Defendants. | *Date Action Filed:  April 4, 2022* |

///

///

///

## ORDER

Having reviewed and considered the Joint Stipulation and Order Regarding the Court's Hearing on Defendants' Motion to Dismiss the Second Amended Complaint [97], submitted by plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (collectively, the "Sylebra Funds" or "Lead Plaintiffs"), and Defendants Everbridge, Inc., David Meredith, Patrick Brickley, and Jaime Ellertson (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), the files and records of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

The hearing on the Defendants' Motion to Dismiss the Lead Plaintiffs' Second Amended Complaint [85], currently scheduled for December 14, 2023 [96], is **CONTINUED** to **January 4, 2024, at 10:00 a.m. in Courtroom 10D**.

**IT IS SO ORDERED.**

DATED:  November 6, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE