MICHAEL C. TU (State Bar No. 186793)
*mctu@cooley.com*
RYAN E. BLAIR (State Bar No. 246724)
*rblair@cooley.com*
JANELLE M. FERNANDES (State Bar No. 322217)
*jfernandes@cooley.com*
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:  (310) 883-6400
Facsimile:   (310) 883-6500

*Attorneys for Defendants*
*Everbridge, Inc., Patrick Brickley,*
*Jaime Ellertson, and David Meredith*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON, <br><br> Defendants. | Case No. 2:22-cv-2249-FWS-RAO <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> Dept:     10D <br> Judge:    Hon. Fred W. Slaughter <br><br> *Date Action Filed:  April 4, 2022* |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendants Everbridge, Inc., Patrick Brickley, Jaime Ellertson, and David Meredith ("Defendants") respectfully submit this Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 85 (the "Motion")).

On January 17, 2024, the Honorable Otis D. Wright issued an Order in the matter of *Ryan v. FIGS, Inc., et al.*, No. 2:22-cv-07939-ODW (C.D. Cal. Jan. 17, 2024), Dkt. No. 113. Judge Wright's 35-page Order addressed a number of issues related to the Motion pending before this Court, including scienter, the "core operations" theory, access to data, and executive departures. A true and correct copy of Judge Wright's Order is attached hereto as Exhibit 1.

Dated: January 19, 2024

Respectfully Submitted,

COOLEY LLP

By: */s/ Michael C. Tu*
    Michael C. Tu

Attorneys for Defendants
Everbridge, Inc., Patrick Brickley,
Jaime Ellertson, and David Meredith

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES