**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** | Central District of California |

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: | 2:22-cv-02249-FWS-RAO |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 04/04/2022 |

Date of judgment or order you are appealing: | 03/18/2024 |

Docket entry number of judgment or order you are appealing: | 109 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund, individually and on behalf of all others similarly situated

Is this a cross-appeal?   ○ Yes   ⊙ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?   ○ Yes   ⊙ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| |

| |

City: | |   State: | |   Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | /s/ Michael H. Rogers |   **Date** | April 16, 2024 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                           *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund, individually and on behalf of all others similarly situated |

Name(s) of counsel (if any):

| |
|---|
| LABATON KELLER SUCHAROW LLP<br>Michael P. Canty, Michael H. Rogers, David J. Schwartz, and Nicholas Manningham |

Address: 140 Broadway, New York, NY 10005

Telephone number(s): (212) 907-0700

Email(s): mcanty@labaton.com, mrogers@labaton.com, dschwartz@labaton.com, nmanningham@labaton.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Everbridge, Inc., David Meredith, Patrick Brickley, and Jamie Ellertson |

Name(s) of counsel (if any):

| |
|---|
| COOLEY LLP<br>Michael C. Tu, Ryan E. Blair, and Janelle M. Fernandes |

Address: 355 South Grand Avenue, Suite 900, Los Angeles, CA 90071

Telephone number(s): (310) 883-6400

Email(s): mctu@cooley.com, rblair@cooley.com, jfernandes@cooley.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            *2*                                    *New 12/01/2018*