

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

APR 18 2024



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-2474 |
| Originating Case Number: | 2:22-cv-02249-FWS-RAO |

| | |
|---|---|
| Short Title: | Sylebra Capital Partners Master Fund Ltd, et al. v. Everbridge, Inc., et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:          24-2474
Originating Case Number:   2:22-cv-02249-FWS-RAO

Case Title:             Sylebra Capital Partners Master Fund Ltd, et al. v.
                        Everbridge, Inc., et al.

**Tuesday, April 23, 2024**

| | |
|---|---|
| Sylebra Capital Partners Master Fund Ltd | Mediation Questionnaire due |
| Sylebra Capital Parc Master Fund | Mediation Questionnaire due |
| Sylebra Capital Menlo Master Fund | Mediation Questionnaire due |

**Tuesday, April 30, 2024**

| | |
|---|---|
| Sylebra Capital Partners Master Fund Ltd | Appeal Transcript Order Due |
| Sylebra Capital Parc Master Fund | Appeal Transcript Order Due |
| Sylebra Capital Menlo Master Fund | Appeal Transcript Order Due |

**Thursday, May 30, 2024**

| | |
|---|---|
| Sylebra Capital Partners Master Fund Ltd | Appeal Transcript Due |
| Sylebra Capital Parc Master Fund | Appeal Transcript Due |
| Sylebra Capital Menlo Master Fund | Appeal Transcript Due |

**Wednesday, July 10, 2024**

| | |
|---|---|
| Sylebra Capital Partners Master Fund Ltd | Appeal Opening Brief Due |
| Sylebra Capital Parc Master Fund | Appeal Opening Brief Due |
| Sylebra Capital Menlo Master Fund | Appeal Opening Brief Due |

**Monday, August 12, 2024**

| | |
|---|---|
| Everbridge, Inc. | Appeal Answering Brief Due |
| David Meredith | Appeal Answering Brief Due |
| Patrick Brickley | Appeal Answering Brief Due |
| Jaime Ellertson | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**