MICHAEL C. TU (State Bar No. 186793)
mctu@cooley.com
RYAN E. BLAIR (State Bar No. 246724)
rblair@cooley.com
JANELLE M. FERNANDES (State Bar No. 322217)
jfernandes@cooley.com
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendants*
*Everbridge, Inc., Patrick Brickley,*
*Jaime Ellertson, and David Meredith*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-2249-FWS-RAO<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT**<br><br>Dept: 10D<br>Judge: Hon. Fred W. Slaughter<br><br>*Date Action Filed: April 4, 2022* |

Defendants Everbridge, Inc., Patrick Brickley, Jaime Ellertson, and David Meredith respectfully submit this Request for Entry of Judgment. On March 18, 2024, the Court granted defendants' Motion to Dismiss the Second Amended Complaint ("SAC") (Dkt. No. 85) without prejudice (Dkt. No. 109 (the "Order")). The Order directed plaintiffs to file an amended complaint within thirty days of the Order and further instructed that "[f]ailure to file an amended complaint on or before the deadline set by the court will result in this order operating as a dismissal of this case with prejudice and without further notice." (*Id.* at 19.) Rather than amending the SAC, plaintiffs elected to appeal the Order to the United States Court of Appeals for the Ninth Circuit on April 16, 2024. (Dkt. No. 110.) Pursuant to Federal Rule of Civil Procedure 58, judgments "must be set out in a separate document" and parties "may request that judgment be set out in a separate document as required by Rule 58(a)." Fed. R. Civ. P. 58(a), (d). The Order dismisses the case but does not specifically enter judgment given plaintiffs' failure to file an amended complaint. Accordingly, defendants request that a separate document for judgment be entered in defendants' favor.

Dated: April 29, 2024

Respectfully Submitted,

COOLEY LLP

By: */s/ Michael C. Tu*
    Michael C. Tu

Attorneys for Defendants
Everbridge, Inc., Patrick Brickley,
Jaime Ellertson, and David Meredith