# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:22-cv-2249-FWS-RAO **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT** |

Plaintiffs,

v.

EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,

Defendants.

## [PROPOSED] ORDER

Defendants Everbridge, Inc., Patrick Brickley, Jaime Ellertson, and David Meredith have filed a Request for Entry of Judgment ("Request") with respect to all claims asserted against them in plaintiffs' Second Amended Complaint (the "SAC"). Because the Court dismissed the SAC without prejudice on March 18, 2024 (Dkt. No. 109 (the "Order")) and plaintiffs elected to appeal the Order to the United States Court of Appeals for the Ninth Circuit rather than filing an amended complaint as instructed by the Order (*see* Dkt. No. 110), the Court **GRANTS** defendants' Request and enters Judgment in defendants' favor.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING REQUEST FOR JUDGMENT, CASE NO. 2:22-CV-2249-FWS-RAO