# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, AND JAIME ELLERTSON,<br><br>        Defendants. | Case No. 2:22-cv-2249-FWS-RAO<br><br>**JUDGMENT**<br><br><br>**HON. FRED W. SLAUGHTER** |

///

///

///

On March 18, 2024, the court granted defendants' Motion to Dismiss the Second Amended Complaint, (Dkt. 85), without prejudice and with leave to amend, (Dkt. 109 (the "Order")). In the Order, the court directed plaintiffs to file an amended complaint within thirty days of the Order and further instructed that "[f]ailure to file an amended complaint on or before the deadline set by the court will result in this order operating as a dismissal of this case with prejudice and without further notice." (*Id*. at 19.) The deadline to file an amended complaint was April 17, 2024. (*Id.*)

Rather than filing an amended complaint by the deadline imposed by the Order, plaintiffs elected to appeal the Order to the United States Court of Appeals for the Ninth Circuit on April 16, 2024 (Dkt. 110.) Therefore, the court **ORDERS** the following:

1. Judgment is **GRANTED** in favor of Defendants Everbridge, Inc., Patrick Brickley, Jaime Ellertson, and David Meredith on all claims asserted by Plaintiff against Defendants.
2. The Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED**.

Dated: May 30, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE