UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SYLEBRA CAPITAL PARTNERS
MASTER FUND LTD; SYLEBRA
CAPITAL PARC MASTER FUND;
SYLEBRA CAPITAL MENLO MASTER
FUND, individually and on behalf of all
others similarly situated,

Plaintiffs - Appellants,

v.

EVERBRIDGE, INC.; DAVID
MEREDITH; PATRICK BRICKLEY;
JAIME ELLERTSON,

Defendants - Appellees.

No. 24-2474

D.C. No.
2:22-cv-02249-FWS-RAO

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered July 15, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT