_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-5

## CIVIL MINUTES – GENERAL

Case No.: 2:22-cv-02249-FWS-RAO                    Date: September 8, 2025
Title: Sylebra Capital Partners Master Fund Ltd *et al.* v. Everbridge, Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Damian Velazquez for Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER SCHEDULING STATUS CONFERENCE AND DIRECTING PARTIES TO FILE A STATUS REPORT**

In light of the Ninth Circuit's memorandum opinion and mandate, (Dkts. 116-17), the court sets an in-person status conference for **September 25, 2025**, at 10:00 a.m., in Courtroom 10D of the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, CA 92701.  All parties should be prepared to discuss how they propose this case proceed, including scheduling matters, on that date.  Parties shall file a joint status report addressing the (1) the operative pleading in this case and (2) the parties' proposed scheduling order on or before **September 18, 2025.**

_____