**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | Case No.: 2:22-cv-02249-FWS-RAO<br><br>**ORDER RE JOINT STIPULATION REGARDING OPERATIVE COMPLAINT [150]** |

Having reviewed and considered the Joint Stipulation Regarding Operative Complaint [150] ("Stipulation"), between Plaintiff Sylebra Capital Partners Master Fund Ltd, Plaintiff Sylebra Capital Parc Master Fund, and Plaintiff Sylebra Capital Menlo Master Fund (collectively, "Plaintiffs"), and Defendant Everbridge, Inc., Defendant David Meredith, Defendant Patrick Brickley, and Defendant Jaime Ellertson,

-1-

ORDER RE JOINT STIPULATION REGARDING OPERATIVE COMPLAINT

the files and records of the case, the applicable law, for the good cause demonstrated by the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Exhibit A of the Stipulation, (Dkt. 150-1 ("Exhibit A")), will serve as the Operative Complaint in this action.
2. Plaintiffs shall e-file Exhibit A as a new and separate docket entry on or before **October 17, 2025**.

**IT IS SO ORDERED**

Dated: October 10, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-2-

ORDER RE JOINT STIPULATION REGARDING OPERATIVE COMPLAINT