Virginia Milstead (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (213) 687-5000
Fax: (213) 687-5600

James R. Carroll (*pro hac vice*)
james.carroll@skadden.com
Michael S. Hines (*pro hac vice*)
michael.hines@skadden.com
Rene H. DuBois (*pro hac vice*)
rene.dubois@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822

*Counsel for Defendant Jaime Ellertson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | CASE NO.: 2:22-cv-02249-FWS-RAO<br><br>**DEFENDANT JAIME ELLERTSON'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: January 15, 2026<br>Time: 10:00 a.m.<br>Dept. 10D<br>Judge: Hon. Fred W. Slaughter<br><br>*Date Action Filed: April 4, 2022*<br>*Second Amended Complaint Filed: October 15, 2025* |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 15, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D located at 411 West Fourth Street, Santa Ana, California 92701, Defendant Jaime Ellertson ("Mr. Ellertson") will and hereby does move for an order of judgment dismissing with prejudice plaintiffs' Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (collectively, "Lead Plaintiff's") claims asserted against Mr. Ellertson in the operative Second Amended Complaint ("SAC") (ECF No. 152) for alleged violations of Section 10(b) and 20(a) of the Securities Exchange Act ("Motion").

This Motion is made pursuant to 9(b) and 12(c) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. The grounds for this Motion include but are not limited to the following: (1) the SAC fails to state a claim for violation of Section 10(b) of the Exchange Act because it fails to adequately plead scienter as to the sole challenged statement made by Mr. Ellertson, and (2) the SAC fails to allege control person liability as to Mr. Ellertson under Section 20(a) of the Exchange Act.

The Motion is made based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider. This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 11, 2025.

1  DATED: November 19, 2025          Respectfully submitted,

2

3                                    /s/ *Virginia Milstead*
                                     SKADDEN, ARPS, SLATE,
4                                    MEAGHER & FLOM LLP
                                     Virginia Milstead (SBN 234578)
5                                    2000 Avenue of the Stars
                                     Los Angeles, CA 90067
6                                    Telephone: (213) 687-5000
                                     Fax: (213) 687-5600
7                                    virginia.milstead@skadden.com

8                                    James R. Carroll (*pro hac vice*)
                                     Michael S. Hines (*pro hac vice*)
9                                    Rene H. DuBois (*pro hac vice*)
                                     500 Boylston Street
10                                   Boston, MA 02116
                                     Telephone: (617) 573-4800
11                                   Fax: (617) 573-4822
                                     james.carroll@skadden.com
12                                   michael.hines@skadden.com
                                     rene.dubois@skadden.com
13

14                                   *Counsel for Defendant Jaime Ellertson*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT JAIME ELLERTSON'S NOTICE OF MOTION
CASE NO.: 2:22-CV-02249-FWS-RAO