Virginia Milstead (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (213) 687-5000
Fax: (213) 687-5600

James R. Carroll (*pro hac vice*)
james.carroll@skadden.com
Michael S. Hines (*pro hac vice*)
michael.hines@skadden.com
Rene H. DuBois (*pro hac vice*)
rene.dubois@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822

*Counsel for Defendant Jaime Ellertson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | CASE NO.: 2:22-cv-02249-FWS-RAO<br><br>**DECLARATION OF VIRGINIA MILSTEAD IN SUPPORT OF DEFENDANT JAIME ELLERTSON'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: January 15, 2026<br>Time: 10:00 a.m.<br>Dept. 10D<br>Judge: Hon. Fred W. Slaughter<br><br>*Date Action filed: April 4, 2022*<br>*Second Amended Complaint Filed: October 15, 2025* |

DECLARATION OF VIRGINIA F. MILSTEAD IN SUPPORT OF DEFENDANT JAIME
ELLERTSON'S MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO.: 2:22-cv-02249-FWS-RAO

## <u>DECLARATION OF VIRGINIA MILSTEAD</u>

1.    I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court.  I am a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendant Jaime Ellertson ("Mr. Ellertson") in the above-captioned matter (the "Action").  I submit this declaration in support of Mr. Ellertson's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).  I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2.    The conference of counsel required by Central District of California Civil Local Rule 7-3 occurred by telephone on November 11, 2025. Counsel discussed the substance of the Motion for Judgment on the Pleadings, but were unable to reach resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2025, in Los Angeles, California.


By: _____*/s/ Virginia Milstead*_____
        VIRGINIA MILSTEAD

2

DECLARATION OF VIRGINIA F. MILSTEAD IN SUPPORT OF DEFENDANT JAIME ELLERTSON'S MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO.: 2:22-cv-02249-FWS-RAO