UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | CASE NO.: 2:22-cv-02249-FWS-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JAIME ELLERTSON'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: January 15, 2026<br>Time: 10:00 a.m.<br>Dept. 10D<br>Judge: Hon. Fred W. Slaughter<br><br>*Date Action Filed: April 4, 2022*<br>*Second Amended Complaint Filed: October 15, 2025* |

## [PROPOSED] ORDER

On November 19, 2025, Defendant Jaime Ellertson ("Mr. Ellertson") filed a Motion for Judgment on the Pleadings dismissing the operative Second Amended Complaint, dated October 15, 2025 (ECF No. 152, the "SAC"), filed by plaintiffs Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (collectively, "Lead Plaintiff") pursuant to Federal Rules of Civil Procedure 9(b) and 12(c) and the Private Securities Litigation Reform Act of 1995. Having considered the Motion, the memorandum of points and authorities in support thereof, the files, pleadings and records in this action, and all other matters the Court properly considered, the Court now **GRANTS** the Motion and directs that Mr. Ellertson is entitled to judgment in his favor and against Lead Plaintiff on all claims against him in the SAC. The SAC shall be dismissed as to Mr. Ellertson in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:_____, 2026

By: _____
Hon. Fred W. Slaughter
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT JAIME ELLERTSON'S
MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO.: 2:22-CV-02249-FWS-RAO