**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-02249-FWS-RAO<br><br>Hon. Fred W. Slaughter, Courtroom 10D<br><br>**ORDER RE JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT JAIME ELLERTSON'S MOTION FOR JUDGMENT ON THE PLEADINGS [160]** |

Having reviewed and considered the Joint Stipulation Setting Briefing Schedule for Defendant Jaime Ellertson's Motion for Judgment on the Pleadings [160] ("Stipulation"), between Plaintiff Sylebra Capital Partners Master Fund Ltd, Plaintiff Sylebra Capital Parc Master Fund, and Plaintiff Sylebra Capital Menlo Master Fund (collectively, "Plaintiffs") and Defendant Jaime Ellertson, the files and records of the

case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

- Defendant shall file the Motion for Judgment on the Pleadings ("Motion") on or before **November 19, 2025**.
- The deadline for Plaintiffs to file a response to the Motion is on or before **December 5, 2025**.
- The deadline for Defendant to file a reply in support of the Motion is on or before **December 16, 2025**.
- The court sets an in-person hearing on the Motion on **January 15, 2026**, **at 10:00 a.m. in Courtroom 10D.**

**IT IS SO ORDERED**.

Dated: November 19, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2