**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas Manningham (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
nmanningham@labaton.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON, <br><br> Defendants. | Case No. 2:22-cv-02249-FWS-RAO <br><br> CLASS ACTION <br><br> **DECLARATION OF MICHAEL H. ROGERS** <br><br> Date: January 15, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 10D <br> Judge: Hon. Fred. W. Slaughter <br><br> *Date Action Filed: April 4, 2022* |

DECLARATION OF MICHAEL H. ROGERS
CASE No. 2:22-CV-02249-FWS-RAO

I, Michael H. Rogers, declare as follows:

1.       I am a member in good standing of the bar of the State of New York, and I am admitted *pro hac vice* to practice before this Court. I am a partner at Labaton Keller Sucharow LLP, Counsel for the Lead Plaintiff Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund ("Lead Plaintiff"). I have personal knowledge of facts set forth herein and if called to testify I could and would do so competently.

2.       I submit this declaration in support of Lead Plaintiff's Opposition to Defendant Ellertoson's Motion for Judgment on the Pleadings being filed contemporaneously herewith.

3.       Annexed hereto as Exhibit A is a true and correct copy of the Ninth Circuit's Memorandum Decision, *Sylebra Cap. Partners Masters Fund Ltd. v. Everbridge, Inc.*, No. 24-2474 (9th Cir.), filed July 15, 2025.

4.       Annexed hereto as Exhibit B is a true and correct copy of the Transcript of the status conference on September 25, 2025 in *Sylebra Cap. Partners Masters Fund Ltd. v. Everbridge, Inc.*, No. 2:22-CV-02249-FWS-RAO (C.D. Cal.).

I hereby declare under penalty of perjury that the foregoing is true and correct. Dated: December 5, 2025

*/s/ Michael H. Rogers*
Michael H. Rogers

DECLARATION OF MICHAEL H. ROGERS
CASE NO. 2:22-CV-02249-FWS-RAO                                              1