Virginia Milstead (CA #234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (213) 687-5000
Fax: (213) 687-5600

James R. Carroll (*pro hac vice*)
james.carroll@skadden.com
Michael S. Hines (*pro hac vice*)
michael.hines@skadden.com
Rene H. DuBois (*pro hac vice*)
rene.dubois@skadden.com
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822

*Counsel for Defendant Jaime Ellertson*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | CASE NO: 2:22-cv-02249-FWS-RAO<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT JAIME ELLERTSON AND NOTICE OF WITHDRAWAL OF MOTION**<br><br>Dept. 10D<br>Judge: Hon. Fred W. Slaughter<br><br>*Operative Second Amended Complaint Filed: October 15, 2025* |

STIPULATION REGARDING VOLUNTARY DISMISSAL AS TO JAIME ELLERTSON
CASE NO. 2:22-CV-02249-FWS-RAO

## STIPULATION

Defendants Everbridge, Inc. ("Everbridge" or the "Company"), David Meredith ("Meredith"), Patrick Brickley ("Brickley"), and Jaime Ellertson ("Ellertson" and together with Everbridge, Meredith, and Brickley, "Defendants") and Lead Plaintiff Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund (the "Sylebra Funds" or "Lead Plaintiff," collectively with Defendants, "the Parties") hereby respectfully and jointly submit this Stipulation voluntarily dismissing Lead Plaintiff's (i) Section 10(b) claim against Defendant Jaime Ellertson with prejudice and (ii) its Section 20(a) claim against Defendant Jaime Ellertson without prejudice in the above-captioned matter.

**WHEREAS**, on October 15, 2025, following Court-ordered negotiations among the Parties, Lead Plaintiff filed an Operative Second Amended Complaint (ECF No. 152) (the "Operative Complaint") in the above-captioned matter (the "Action");

**WHEREAS**, the Operative Complaint alleged in paragraph 139 that Defendant Ellertson made a false and misleading statement on February 18, 2020 (the "February 2020 Statement");

**WHEREAS**, Lead Plaintiff relied upon the official Thomson Reuters transcript of the February 18, 2020 earnings call (the "Earnings Call Transcript") when drafting the Initial Complaint, dated April 4, 2022 (ECF No. 1); the First Amended Complaint, dated September 16, 2022 (ECF No. 53); the Second Amended Complaint, dated June 30, 2023 (ECF No. 84); and the Operative Complaint;

**WHEREAS**, on November 10, 2025, Defendant Ellertson filed an Answer to the Operative Complaint (ECF No. 154);

**WHEREAS**, on November 19, 2025, Defendant Ellertson filed his currently pending Motion for Judgment on the Pleadings (ECF No. 161, the "Motion"); on December 5, 2025, Lead Plaintiff filed its opposition (ECF No. 163); and on December 16, 2025, Defendant Ellertson filed his reply (ECF 164);

1

STIPULATION REGARDING VOLUNTARY DISMISSAL AS TO JAIME ELLERTSON
CASE NO. 2:22-CV-02249-FWS-RAO

**WHEREAS**, on December 22, 2025, counsel for Defendant Ellertson informed Lead Plaintiff that Defendants recently discovered that the Earnings Call Transcript incorrectly attributes the February 2020 Statement to Defendant Ellertson;

**WHEREAS**, counsel for Defendant Ellertson further informed Lead Plaintiff that after reviewing the audio recording of the February 18, 2020 earnings call, it was clear to them, after conferring with counsel for co-Defendants, that Defendant Ellertson did not make the February 2020 Statement, but instead, Defendant Brickley made the February 2020 Statement;

**WHEREAS**, on December 23, 2025 and December 29, 2025, respectively, Defendants Brickley and Ellertson executed sworn declarations asserting that (i) Defendant Ellertson was not the speaker of the February 2020 Statement and (ii) Defendant Brickley was the speaker of the February 2020 Statement, and on December 29, 2025, Defendant Meredith executed a sworn declaration asserting that he was not the speaker of the February 2020 Statement;

**WHEREAS**, Lead Plaintiff has agreed to dismiss Defendant Ellertson (i) as the speaker of the February 2020 Statement under Section 10(b), with prejudice; and (ii) as an alleged control person under Section 20(a), without prejudice, from the above-referenced Action;

**WHEREAS**, the Parties agree that, because this dismissal has rendered the Motion as moot, (i) this Stipulation shall serve as notice of Mr. Ellertson's withdrawal of his Motion without prejudice, and (ii) respectfully request the Court vacate the hearing on the Motion scheduled for January 15, 2026.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Lead Plaintiff hereby voluntarily dismisses its Section 10(b) claim against Defendant Jaime Ellertson

2

with prejudice, and its Section 20(a) claim against Defendant Jaime Ellertson without prejudice.

2.  Mr. Ellertson hereby withdraws his Motion without prejudice.

3.  The Parties respectfully request that the Court shall vacate the hearing on January 15, 2026.

4.  Each party shall bear its own costs and attorneys' fees.

5.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation of voluntary dismissal does not require an order from the Court, and therefore, these voluntary dismissals of Defendant Ellertson are self-executing.  *See Licea v. Adidas Am., Inc.*, 2023 WL 3431924, at *2 (C.D. Cal. 2023) (Slaughter, J.).

**IT IS SO STIPULATED.**

DATED:  January 6, 2026

By: */s/ Michael Rogers*

**LABATON SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas Manningham (*pro hac vice*)
Kaicheng Yu (*pro hac vice forthcoming*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
nmanningham@labaton.com
nyu@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**SAXENA WHITE P.A.**
David J. Schwartz (*pro hac vice*)
10 Bank Street
Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Fax: (888) 631-3611
dschwartz@saxenawhite.com

*Additional Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ Virginia Milstead*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Virginia Milstead (CA #234578)
2000 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (213) 687-5000
Fax: (213) 687-5600
virginia.milstead@skadden.com

James R. Carroll (pro hac vice)
Michael S. Hines (pro hac vice)
Rene H. DuBois (pro hac vice)
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822
james.carroll@skadden.com
michael.hines@skadden.com
rene.dubois@skadden.com

*Counsel for Defendant Jamie Ellertson*

3

**ROBBINS GELLER RUDMAN &**
   **DOWD LLP**
Ryan A. Llorens (225196)
Danielle S. Myers (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101 Telephone:
(619) 231-1058
Facsimile: (619) 231-7423
ryanl@rgrdlaw.com
dmyers@rgrdlaw.com

*Liaison Counsel for the Class*

By: */s/ Jordan Peterson*

**KIRKLAND & ELLIS LLP**
Nathaniel E. Haas (CA # 324305)
2049 Century Park East, 37th Floor
Los Angeles, CA 90067
Telephone: (213) 680-8250
Fax: (213) 680-8500
nathaniel.haas@kirkland.com

Mark McKane (CA #230552)
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1473
Fax: (415) 439-1500
mark.mckane@kirkland.com

Jordan D. Peterson (pro hac vice)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
jordan.peterson@kirkland.com

Jules H. Cantor (pro hac vice)
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-0708
Fax: (312) 862-2200
jules.cantor@kirkland.com

*Counsel for Defendants Everbridge, Inc.,
Patrick Brickley, and David Meredith*

4

STIPULATION REGARDING VOLUNTARY DISMISSAL AS TO JAIME ELLERTSON
CASE NO. 2:22-CV-02249-FWS-RAO

## **FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4, I, Virginia Milstead, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

By: _/s/ Virginia Milstead_

STIPULATION REGARDING VOLUNTARY DISMISSAL AS TO JAIME ELLERTSON
CASE NO. 2:22-CV-02249-FWS-RAO