UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:22-cv-02249-FWS-RAO                                         Date: January 7, 2026

Title: Sylebra Capital Partners Master Fund Ltd *et al.* v. Everbridge, Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                          Attorneys Present for Defendants:

Not Present                                                                    Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER RE STIPULATION OF DISMISSAL AS TO DEFENDANT JAIME ELLERTSON AND NOTICE OF WITHDRAWAL OF MOTION [165]**

The court has reviewed and considered the Stipulation of Dismissal as to Defendant Jaime Ellertson (alternatively, "Mr. Ellertson") and Notice of Withdrawal of Motion. (Dkt. 165 ("Stipulation").) In the Stipulation, Lead Plaintiff Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund "voluntarily dismisses its Section 10(b) claim against Defendant Jaime Ellertson with prejudice, and its Section 20(a) claim against Defendant Jaime Ellertson without prejudice." (*Id.* at 4.) The Stipulation further states that "Mr. Ellertson hereby withdraws his Motion [for Judgment on the Pleadings, (Dkt. 161 ("Motion")),] without prejudice." (*Id.*) "The Parties respectfully request that the [c]ourt shall vacate the hearing on January 15, 2026." (*Id.*) Accordingly, the Motion is **WITHDRAWN** from the court's consideration, and the in-person hearing on the Motion, on **January 15, 2026, at 10:00 a.m., in Courtroom 10D**, is **VACATED** and off calendar.