# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-02249-FWS-RAO<br><br>**ORDER RE JOINT STIPULATION TO FILE CORRECTED OPERATIVE COMPLAINT [167]**<br><br>Assigned to Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Joint Stipulation to File Corrected Operative Complaint, (Dkt. 167 ("Stipulation")), between Plaintiff Sylebra Capital Partners Master Fund Ltd, Plaintiff Sylebra Capital Parc Master Fund, and Plaintiff Sylebra Capital Menlo Master Fund (collectively, "Plaintiffs"), and Defendant Everbridge, Inc., Defendant David Meredith, and Defendant Patrick Brickley (collectively, "Defendants"), the files and records of the case and the applicable law, the court **APPROVES** the Stipulation and **ORDERS** the following:[1]

1.    Plaintiffs shall file a corrected version of the Operative Complaint, entitled "Corrected Operative Second Amended Complaint," consistent with the Stipulation on or before **February 2, 2026**.

2.    Defendants shall file an answer to Plaintiffs' Corrected Operative Second Amended Complaint on or before **February 9, 2026**.

**IT IS SO ORDERED**.

Dated:  January 26, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the Stipulation did not attach a proposed order as required. *See* C.D. Cal. L.R. 5-4.4.1; C.D. Cal. L.R. 5-4.4.2; C.D. Cal. L.R. 7-1; C.D. Cal. L.R. 52-4.1; (*see also generally* Dkt.).  In its discretion, the court has considered and approved the Stipulation.  The parties are reminded to provide proposed orders with the applicable documents in the future.  Failure to comply with the local rules may result in any future filing being denied.  *See, e.g., Tri-Valley CAREs v. U.S. Dep't of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion.").