**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBRIDGE, INC., DAVID MEREDITH, PATRICK BRICKLEY, and JAIME ELLERTSON,<br><br>Defendants. | Case No. 2:22-cv-02249-FWS-RAO<br><br>**ORDER RE JOINT STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE [183]**<br><br>**CLASS ACTION** |

Having reviewed and considered the Joint Stipulation to Modify Case Management Schedule [183] ("Stipulation"), between Lead Plaintiff Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund ("Lead Plaintiff"), and Defendants Everbridge, Inc., David

1

Meredith, and Patrick Brickley ("Defendants" and collectively, the "Parties"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following operative Scheduling Order (with changes indicated in *italics*):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial<br>**Tuesday at 8:00 a.m.** | **First Day:<br>10/26/2027** |
| Parties' Estimated Trial Length | <u>**10-15 days**</u>[2] |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**Thursday at 8:30 a.m.** | **8/26/2027** |
| Deadline to Stipulate (1) to Allegations Stricken by the Ninth Circuit Order <u>and</u> (2) to an Operative Complaint[3] | **10/8/2025** |
| Initial Disclosures | **10/17/2025** |
| Deadline for Defendants' Answer to Operative Complaint | **11/10/2025** |
| Last Date to Hear Motion to Amend Pleadings / Add Parties | **3/12/2026** |

[1] This Order is now the Operative Scheduling Order in this case.  Also, to the extent this Order does not encompass a request made in the Stipulation, the court, based on the state of the record, as applied to the applicable law, and within its discretion, has denied and/or modified that request, or has added an event.  *See Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

[2] Although the court acknowledges the parties' trial "Estimated Duration [of] 10 Days," as set forth in the Joint Rule 26(f) Report, (Dkt. 99 at 6), as trial approaches, the court anticipates issuing an order setting reasonable time limits concerning the trial based on the record.  *See Navellier v. Sletten*, 262 F.3d 923, 941 (9th Cir. 2001) ("Trial courts have broad authority to impose reasonable time limits.") (citing *Amarel v. Connell*, 102 F.3d 1494, 1513 (9th Cir. 1997)).

[3] If the parties are unable to stipulate to an Operative Complaint by **October 8, 2025**, the parties shall file (1) a clean version of what the respective party believes is the Operative Complaint; (2) a separate red-lined version of the Second Amended Complaint demonstrating the differences between the Second Amended Complaint in its original form, (Dkt. 84), and what the respective party is arguing is the Operative Complaint; and (3) a five-page brief, with case law, supporting their version of the Operative Complaint on or before **October 16, 2025**.  The court may schedule an in-person hearing, if necessary, to help determine the Operative Complaint.

| Deadline for Plaintiffs' Motion for Class Certification and Service of Plaintiffs' Class Certification Related Expert Report(s) | **3/13/2026** |
|---|---|
| Deadline for Depositions of Plaintiffs' Class Certification Related Expert(s) | **4/27/2026** |
| Deadline for Defendants' Opposition to Plaintiffs' Motion for Class Certification and Service of Defendants' Class Certification Related Expert Report(s) | *5/18/2026* |
| Substantial Completion of Document Production | **5/15/2026** |
| Deadline for Depositions of Defendants' Class Certification Related Expert(s) | **6/26/2026** |
| Deadline for Plaintiffs' Reply in Support of the Motion for Class Certification and Service of Plaintiffs' Class Certification Related Reply Expert Report(s) | *7/18/2026* |
| In-Person Hearing on Motion for Class Certification **Thursday at 10:00 a.m.** | **8/13/2026** |
| Non-Expert Discovery Cut-Off | **9/17/2026** |
| Expert Disclosure (Initial) | **10/8/2026** |
| Expert Disclosure (Rebuttal) | **10/29/2026** |
| Expert Discovery Cut-Off | **11/19/2026** |
| Deadline for Filing any Dispositive and *Daubert* Motions | **3/19/2026** |
| Deadline for Filing Opposition to any Dispositive and *Daubert* Motions | **4/16/2027** |
| Deadline for Filing Reply in Support of any Dispositive and *Daubert* Motions | **4/30/2027** |
| Last Date to **Hear** Motions (Summary Judgment Motions and All Other Motions) **Thursday at 10:00 a.m.** | **5/27/2027** |
| Deadline to Complete Settlement Conference, L.R. 16-15 [ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | **6/18/2027** |
| **Trial Filings (first round)** • Motions in Limine with Proposed Orders • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement | **7/15/2027** |

3

| | |
|---|---|
| • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Affirmative Deposition Designation(s) | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | **7/22/2027** |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | **7/29/2027** |

Dated: April 27, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR