LABATON KELLER SUCHAROW LLP
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas Manningham (*pro hac vice*)
Kaicheng Yu (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
nmanningham@labaton.com
nyu@labaton.com

Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, AND SYLEBRA CAPITAL MENLO MASTER FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

EVERBRIDGE, INC., DAVID MEREDITH, and PATRICK BRICKLEY,

Defendants.

Case No. 2:22-cv-02249-FWS-RAO

CLASS ACTION

NOTICE OF SETTLEMENT

Lead Plaintiffs Sylebra Capital Partners Master Fund Ltd, Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund ("Lead Plaintiffs"), and Defendants Everbridge, Inc., David Meredith, and Patrick Brickley (collectively with Plaintiffs, the "Parties"), hereby jointly provide, through their undersigned counsel, this Notice of Settlement.

The Parties have reached an agreement-in-principle that resolves all of the putative class's claims brought under §§10(b) and 20(a) of the Securities Act of 1934 as alleged in the Corrected Operative Second Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF 169). The Parties shall document the proposed settlement in a Stipulation of Settlement ("Stipulation") and ancillary documents, and Plaintiffs will thereafter file the Stipulation and an unopposed motion for preliminary approval of settlement. To allow the Parties time to negotiate the Stipulation's complex terms, Plaintiffs respectfully request that the deadline to file the motion for preliminary approval be August 10, 2026.

In light of this development, the Parties respectfully request that the Court stay all case deadlines set forth in the Court's Order Re Joint Stipulation to Modify Case Management Schedule (ECF 184). The Parties believe that a stay of the proceedings is in the interest of justice and will preserve party and judicial resources.

DATED: July 10, 2026

Respectfully Submitted,

LABATON KELLER SUCHAROW LLP

*/s/ Michael P. Canty*

Michael P. Canty
Michael H. Rogers
Nicholas Manningham
Kaicheng Yu

140 Broadway
New York, NY 10005

Telephone: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
nmanningham@labaton.com
nyu@labaton.com

*Attorneys for Lead Plaintiffs*

DATED: July 10, 2026

KIRKLAND & ELLIS LLP

/s/ Jordan D. Peterson

**KIRKLAND & ELLIS LLP**
Austin Norris (CA #284603)
austin.norris@kirkland.com
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900

Mark McKane (CA #230552)
mark.mckane@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500

Jordan D. Peterson, P.C. (*pro hac vice*)
Jonathan Wong (*pro hac vice*)
jordan.peterson@kirkland.com
jonathan.wong@kirkland.com
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

Jules H. Cantor (*pro hac vice*)
jules.cantor@kirkland.com
333 W. Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000

Fax: (312) 862-2200

*Attorneys for Defendants Everbridge, Inc., David Meredith, and Patrick Brickley*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above concurred in this filing.

DATED: July 10, 2026

*/s/ Michael P. Canty*