**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)
Kaicheng Yu (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
nmanningham@labaton.com
nyu@labaton.com

*Counsel for Lead Plaintiffs and Proposed Class Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEBRA CAPITAL PARTNERS MASTER FUND LTD, SYLEBRA CAPITAL PARC MASTER FUND, et. al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVERBRIDGE, INC., et. al.,<br><br>Defendants. | Case No. 2:22-cv-2249-FWS-RAOx<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Fred W. Slaughter<br>Date Action Filed: April 4, 2022 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 10, 2026, at 10:00 a.m., or as soon thereafter as it may be heard, if a hearing is required by the Court, Court-appointed Lead Plaintiffs Sylebra Capital Partners Master Fund Ltd., Sylebra Capital Parc Master Fund, and Sylebra Capital Menlo Master Fund ("Lead Plaintiffs" or "Sylebra Funds"), on behalf of themselves and proposed additional class representative Central Laborers' Pension Fund ("Central Laborers"), will move this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) preliminarily approving a proposed settlement of the above-captioned class action (the "Settlement"); (ii) approving the proposed long-form Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses, Proof of Claim and Release form, Postcard Notice, and Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses, attached as Exhibits A-1 through A-4 to the proposed Preliminary Approval Order, filed herewith, as well as the methods of notice; (iii) setting a date and time for the final Settlement Hearing; (iv) appointing Verita Global, LLC as the Claims Administrator to provide all notices, process Claim Forms, and to administer the Settlement; and (v) granting such other and further relief as this Court deems just and proper.

Pursuant to Local Rule 7-3, I have conferred with counsel for the Defendants, and Defendants do not oppose the relief requested by the motion. Accordingly, we respectfully submit that the Motion may be suitable for decision on the papers and in advance of a September 10, 2026 hearing date.

This motion is supported by the accompanying memorandum of points and authorities, the Declaration of Michael H. Rogers, dated August 10, 2026, and the exhibits attached thereto, including the Stipulation and Agreement of Settlement, dated August 10, 2026.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, with annexed exhibits, which was negotiated by the Parties, is also submitted herewith.

DATED: August 10, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)
Kaicheng Yu (*pro hac vice*)

*/s/ Michael H. Rogers*
MICHAEL H. ROGERS

140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
mrogers@labaton.com
nmanningham@labaton.com
nyu@labaton.com

*Counsel for Lead Plaintiffs and Proposed Class Counsel*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Ellen Gusikoff Stewart
Ryan A. Llorens
Joseph J. Tull
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
ryanl@rgrdlaw.com
jtull@rgrdlaw.com

*Counsel for Central Laborers and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2026

/s/ *Michael H. Rogers*
Michael H. Rogers